1 David C. Parisi (SBN 162248)
dparisi@parisihavens.com
2 Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
3 PARISI & HAVENS LLP
15233 Valleyheart Drive
4 Sherman Oaks, California 91403
Telephone: (818) 990-1299
5 Facsimile: (818) 501-7852

6 Attorneys for Plaintiff Tracie Thomas,
individually and on behalf of a class of
7 similarly situated individuals

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACIE THOMAS, individually and on behalf of a class of similarly situated individuals,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TACO BELL CORP., a California corporation, YUM! BRANDS, INC., a North Carolina corporation, TACO BELL OF AMERICA, INC., a Delaware corporation, DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO.: SAV09-1097 DOC (ANx)<br><br>**NOTICE RE: CERTIFICATE OF GOOD STANDING OF RAFEY S. BALABANIAN**<br><br>Hon. David O. Carter |

1 **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF**
2 **RECORD:**

3     **PLEASE TAKE NOTICE** that a certificate of good standing for Rafey S.
4 Balabanian is hereby submitted in support of Mr. Balabanian's *pro hac vice*
5 application. Attached hereto as Exhibit 1 is a true and correct copy of Mr.
6 Balabanian's certificate of good standing.

8 Dated: July 26, 2010                  PARISI & HAVENS LLP

                                            By: <u>s/Suzanne Havens Beckman</u>
                                                  David C. Parisi
                                                  Suzanne Havens Beckman
                                                  Attorneys for Plaintiff Tracie
                                                  Thomas, individually and on behalf
                                                  of a class of similarly situated
                                                  individuals