Rafey S. Balabanian
Edelson McGuire, LLC
350 North LaSalle, Suite 1300
Chicago, IL 60654

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 27, 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

RECEIVED BUT NOT FILED
JUN 18 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

TRACIE THOMAS

Plaintiff(s),

v.

TACO BELL CORP.

Defendant(s).

CASE NUMBER
SACV09-1097 DOC (ANx)

ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

~~The Court,~~ having reviewed the accompanying Application of __Rafey S. Balabanian__,
*Applicant=s Name*

of __Edelson McGuire, LLC, 350 North LaSalle, Suite 1300, Chicago, IL 60654__
*Firm Name / Address*

__312-589-6370__                                                    __rbalabanian@edelson.com__
*Telephone Number*                                                  *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  X Plaintiff    Defendant

__Tracie Thomas__

and the designation of __David C. Parisi      184044__
*Local Counsel Designee /State Bar Number*

of __Parisi and Havens LLP      15233 Valleyheart Drive, Sherman Oaks, CA 91403__
*Local Counsel Firm / Address*

__(818) 990-1299__                                                  __dcparisi@parisihavens.com__
*Telephone Number*                                                  *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

X    GRANTED

___    DENIED.  Fee, if paid, shall be returned by the Clerk.


Dated __July 27, 2010__                          /s/ David O. Carter
                                                 _____
                                                 U. S. District Judge/~~U.S. Magistrate Judge~~
                                                 DAVID O. CARTER

GB64 ORDER (01/08)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE