## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SA CV09-1097-DOC (ANx)                                    Date   July 29, 2010

Title   TRACIE THOMAS -V- TACO BELL CORPORATION, ET AL

| Present: The Honorable | DAVID O. CARTER, U.S. District Judge | |
|---|---|---|
| Kathy Peterson | Jane Sutton | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael McMorrow<br>Suzanne Havens Beckman | William Koska<br>Jon Van de Grift<br>Drew Hansen |

Proceedings:   SCHEDULING CONFERENCE

      The matter is called.  Counsel state their appearances.  After conferring amongst themselves, counsel return and the matter is recalled.  The Court conducts the Scheduling Conference.  The Court sets the following case management dates:

| | |
|---|---|
| Discovery Cut Off | -   6-8-2011 |
| Expert Discovery Cut Off | -   8-16-2011 |
| Motion Cut Off | -   9-19-2011 at 8:30 a.m. |
| Final Pre Trial Conference | -   10-3-2011 at 8:30 a.m. |
| Jury Trial | -   10-18-2011 at 8:30 a.m. |

      Any Motion for Class Certification shall be filed by April 18, 2011 and noticed for hearing on June 27, 2011 at 8:30 a.m.; Opposition shall be filed by May 16, 2011; Reply shall be filed by June 13, 2011.

      Counsel inform the Court that their selection for a settlement procedure pursuant to Local Rule 16-15.4 is private mediation.  Counsel are directed to file a notice with the Court identifying the mediator selected no later than August 31, 2010.  The deadline for private mediation is February 14, 2011.

      Parties shall submit a revised 26(f) Report which reflects the agreed upon dates.  Any discovery matters shall be brought before Judge Carter.

                                                                                                                    :   31

Initials of Preparer   kp