1 **CAMPBELL, LAUTER & MURPHY**
   William K. Koska, Esq. (#52540)
2  bill.koska@clmlawfirm.com
   Jon Van de Grift, Esq. (#182430)
3  Jon.vandegrift@clmlawfirm.com
   5040 Shoreham Place, Suite 150
4  San Diego, California 92122-5926
   Telephone:  (858) 546-1122
5  Facsimile  :  (858) 546-1188

6  Attorneys for Defendant
   THE CHICAGO AREA TACO BELL
7  RESTAURANT OWNERS' ADVERTISING
   ASSOCIATION
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                  SOUTHERN DIVISION

12

13 | TRACIE THOMAS, individually and on       ) CASE NO.: SACV09-1097 DOC (ANx)
   | behalf of class of similarly situated    )
14 | individuals,                             ) **NOTICE OF ERRATA RE: DOCKET NO.**
                                              ) **90**
15 |              Plaintiff,                  )
                                              )
16 |      vs.                                 )
                                              )
17 | TACO BELL CORP., a California            ) **DATE :**   October 18, 2010
   | corporation; and THE CHICAGO AREA        ) **TIME :**   8:30 A.M.
18 | TACO BELL RESTAURANT OWNERS'             ) **JUDGE:**   Hon. David O. Carter
   | ADVERTISING ASSOCIATION, an Illinois     ) **DEPT:**    9D
19 | corporation,                             )
                                              )
20 |              Defendants.                 )
                                              )
21 |_____)

22 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

23         **PLEASE TAKE NOTICE** that the document filed by Defendant Chicago

24 Association as Docket No. 90-1, the Declaration of William K. Koska, was filed in error in that

25 the previously-filed Declaration of William K. Koska in support of Chicago Association's Motion

26 to Dismiss the Fourth Amended Complaint was inadvertently filed instead of the REPLY

27 Declaration of William K. Koska in support of Chicago Association's Motion to Dismiss the

28

1 | Fourth Amended Complaint during the electronic filing process. The REPLY Declaration and
2 | REPLY Exhibits will be filed electronically forthwith.
3 |
4 | DATED: October 4, 2010        **CAMPBELL, LAUTER & MURPHY**
5 |
6 |                               By:  /s/ William K. Koska
                                    William K. Koska
7 |                                 bill.koska@clmlawfirm.com
                                    Jon Van de Grift
8 |                                 jon.vandegrift@clmlawfirm.com
                                    Attorneys for Defendant THE CHICAGO AREA
9 |                                 TACO BELL RESTAURANT OWNERS'
                                    ADVERTISING ASSOCIATION, AN ILLINOIS
10|                                 CORPORATION

## DECLARATION OF WILLIAM K. KOSKA

I, William K. Koska, declare as follows:

I am an attorney at law duly licensed to practice before all the courts in the State of California. I am an attorney at the law firm of Campbell, Lauter & Murphy, counsel for Defendant Chicago Area Taco Bell Restaurant Owner's Advertising Association ("the Chicago Association").

With the exception of those matters stated to be based upon information and belief, all of the following facts are true and accurate. As to those matters stated to be based upon information and belief, I believe them to be true.

I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify to the following:

1. The Declaration of William K. Koska (Docket No. 90-1) was filed in error in that the previously-filed Declaration of William K. Koska in support of Chicago Association's Motion to Dismiss the Fourth Amended Complaint was inadvertently filed instead of the REPLY Declaration of William K. Koska in support of Chicago Association's Motion to Dismiss the Fourth Amended Complaint during the electronic filing process. The REPLY Declaration and REPLY Exhibits will be filed electronically forthwith.

I declare, under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed this 4th day of October, 2010, at San Diego, California.

   /s/ William K. Koska  
William K. Koska  
bill.koska@clmlawfirm.com  
Attorney for Defendant THE CHICAGO AREA TACO BELL RESTAURANT OWNERS' ADVERTISING ASSOCIATION