1 **CAMPBELL, LAUTER & MURPHY**
   William K. Koska, Esq. (#52540)
2   bill.koska@clmlawfirm.com
   Jon Van de Grift, Esq. (#182430)
3   Jon.vandegrift@clmlawfirm.com
   5040 Shoreham Place, Suite 150
4 San Diego, California 92122-5926
   Telephone:  (858) 546-1122
5 Facsimile  :  (858) 546-1188

6 Attorneys for Defendant
   THE CHICAGO AREA TACO
7 BELL RESTAURANT OWNERS'
   ADVERTISING ASSOCIATION

8

9                    UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11                       SOUTHERN DIVISION

12

13 TRACIE THOMAS, individually and on        ) CASE NO.: SACV09-1097 DOC (ANx)
   behalf of class of similarly situated      )
14 individuals,                               )
                                              ) **PROOF OF SERVICE**
15            Plaintiff,                       )
                                              )
16       vs.                                   ) **DATE :**     **October 18, 2010**
                                              ) **TIME :**     **8:30 A.M.**
17 TACO BELL CORP., a California              ) **JUDGE:**    **Hon. David O. Carter**
   corporation; and THE CHICAGO AREA          ) **DEPT:**     **9D**
18 TACO BELL RESTAURANT OWNERS'               )
   ADVERTISING ASSOCIATION, an Illinois       )
19 corporation,                               )
                                              )
20            Defendants.                      )
                                              )
21 _____)

22                    **PROOF OF SERVICE**

23

24       I am employed in the County of San Diego, State of California.  I am over the age

25 of 18 years and not a party to the within action; my business address is 5040 Shoreham Place,

26 Suite 150, San Diego, California 92122.

27 /////

28
                                       -1-

W0095320.WPD                                                    PROOF OF SERVICE
                                                                SACV09-1097 DOC (ANx)

1   I hereby certify that on **October 4, 2010**, a true and accurate copy of the

2   following document described as: **SEE ATTACHMENT TO PROOF OF SERVICE** was filed

3   with the Clerk of Court using the CM/ECF Filing system.  I am informed and believe that the

4   documents will be electronically served on the following attorney(s) of record at the listed email

5   addresses below:

6   David C. Parisi, Esq.
    dcparisi@parisihavens.com
7   Suzanne Havens Beckman, Esq.
    shavens@parisihavens.com
8   Parisi & Havens, LLP
    Attorneys for Plaintiff

9

10  Michael J. McMorrow, Esq.
    Rafey S. Balabanian, Esq.
11  mjmcmorrow@edelson.com
    rbalabanian@edelson.com
12  Edelson McGuire LLC
    Attorneys for Plaintiff

13

14  Robert C. O'Brien
    obrien.robert@arentfox.com
15  Drew R. Hansen, Esq.
    hansen.drew@arentfox.com
16  Steven A. Haskins, Esq.
    haskins.steven@arentfox.com
17  Arent Fox, LLP
    Attorneys for Defendant Taco Bell Corp.

18

19  Executed on **October 4, 2010**, at San Diego, California.

20

21  _____
    Alice L. Ross
    Campbell, Lauter & Murphy
22  5040 Shoreham Place, Suite 150
    San Diego, California 92122-5926
23  Telephone:  (858) 546-1122
    Facsimile  :  (858) 546-1188
24

25

26

27

28

-2-

W0095320.WPD

PROOF OF SERVICE
SACV09-1097 DOC (ANx)

**Attachment to Proof of Service**                                    785.018

**Tracie Thomas v. Taco Bell Corp., et al.**
U.S. District Court, Central District of California, Southern Division
Case No. SACV09-1097 DOC (ANx)


## LIST OF DOCUMENTS SERVED

| No. | Description |
|-----|-------------|
| 1 | **NOTICE OF ERRATA RE: DOCKET NO. 90** |
| 2 | **PROOF OF SERVICE** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-