UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. SACV 09-1097 DOC (ANx)                                             Date: October 13, 2010

Title: TRACIE THOMAS v. TACO BELL CORPORATION et. Al.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

   Kathy Peterson                                                         Not Present   
Courtroom Clerk                                                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                            NONE PRESENT

PROCEEDING (IN CHAMBERS):        TAKING MATTER UNDER SUBMISSION

       Before the Court is Defendant Chicago Association's Motion to Dismiss Plaintiff's Fourth Amended Complaint for Lack of Personal Jurisdiction and Failure to State a Claim in the above-captioned case (Docket 82). The court finds this matter appropriate for decision without oral argument. Fed.R.Civ. P. 78; Local Rule 7-15.

       Accordingly, the hearing set for October 18, 2010 at 8:30 a.m. is removed from the calendar. Parties will be served with the Court's ruling.

       The Clerk shall serve a copy of this minute order on counsel for all parties in this action.