| Name & Address: |
|---|
| Robert C. O'Brien (SBN 154372) |
| Steven E. Bledsoe (SBN 157811) |
| ARENT FOX LLP |
| 555 West Fifth Street, 48th Floor |
| Los Angeles, CA  90013-1065 |
| Tel. 213.629.7400 |
| Fax 213.629.7401 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TRACIE THOMAS, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | SACV09-1097 DOC (ANx) |
| v. | |
| TACO BELL CORP., et al., | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |
| DEFENDANT(S). | |

**The following information must be provided:**

I, __Drew R. Hansen__ , __218382__ , __dhansen@tocounsel.com__
    *Name*         *CA Bar ID Number*        *E-mail Address*

☒ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

TACO BELL CORP.

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☐ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐ TO UPDATE NAME OR FIRM INFORMATION:
    ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
    PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address _____
New Telephone Number _____ New Facsimile Number _____
New E-mail address _____

☐ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
    ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
    ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name: _____   CA State Bar Number: _____
Firm/Government Agency Name: _____
Address: _____
Telephone Number: _____   Facsimile Number: _____
New E-mail address: _____

☒ TO BE REMOVED FROM THE CASE: **

CHECK ONE BOX

☐ I am ☒ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action.

☐ The order relieving me/the aforementioned attorney from my firm was filed on: _____

☐ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

☐ I am ☒ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01,** *Request for Substitution of Attorney* **and G-01ORDER,** *Order on Request for Substitution of Attorney*. **At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: March 15, 2011

/s/ Steven E. Bledsoe
*Signature of Attorney of Record / Attorney for the Firm*
Counsel for Defendant TACO BELL CORP.

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**

American LegalNet, Inc.
www.FormsWorkFlow.com