Suzanne Havens Beckman
shavens@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, CA 94103
(818) 990-1299(phone)
(818) 501-7852 (fax)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| TRACIE THOMAS | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | SACV09-1097 DOC(ANx) |
| v. | |
| TACO BELL CORP | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Exhibits I-1 and V-1 to the Declaration of Michael J. McMorrow in Support of Plaintiff's Motion to Compel; Plaintiff's Reply in Support of Motion to Compel; Order Granting Application to File Documents Under Seal

**Document Description:**

- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☑ Other

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required (*reason*):

March 21, 2011                          /s/ Suzanne Havens Beckman
Date                                    Attorney Name

                                        Plaintiff Tracie Thomas
                                        Party Represented

Note:   File one Notice in each case, each time you manually file document(s).