Name & Address:
Suzanne Havens Beckman, Esq. (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California   91423
(818) 990-1299

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TRACIE THOMAS, individually and on behalf of a class of similarly situated individuals, PLAINTIFF(S) v. TACO BELL CORP., et al. DEFENDANT(S). | CASE NUMBER: SACV09-1097 DOC (ANx) NOTICE OF MANUAL FILING |
|---|---|

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Plaintiff's Application to File Documents and Briefs Under Seal; Reply in Support of Motion to Compel and [Proposed] Order; Confidential Exhibits I-1 and V-1 to the Declaration of Michael J. McMorrow

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

March 21, 2011                                   /s/Suzanne Havens Beckman, Esq.
Date                                             Attorney Name

                                                 Plaintiff Tracie Thomas
                                                 Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                                 **NOTICE OF MANUAL FILING**