Robert O'Brien (SBN 154372)
obrien.robert@arentfox.com
Steven E. Bledsoe (SBN 157811)
bledsoe.steven@arentfox.com
Steven A. Haskins (SBN 238865)
haskins.steven@arentfox.com
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401

Attorneys for Defendant
TACO BELL CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TRACIE THOMAS, individually and on behalf of class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>TACO BELL CORP., a California corporation, and THE CHICAGO AREA TACO BELL RESTAURANT OWNERS ASSOCIATION, an Illinois corporation,<br><br>Defendants. | Case No. SACV09-1097 DOC (ANx)<br><br>*Assigned to The Hon. David O. Carter*<br><br>**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF TACO BELL CORP.'S MOTION FOR SUMMARY JUDGMENT**<br><br>[Filed concurrently with (1) Notice of Motion and Motion for Summary Judgment; Memorandum of Points and Authorities; (2) Declaration of Neil Borkan; (3) Declaration of Susan Viti; (4) Declaration of Steven A. Haskins; and (5) [Proposed] Judgment]<br><br>Date: April 25, 2011<br>Time: 8:30 a.m.<br>Courtroom: 9D<br><br>Complaint Filed: September 15, 2009<br>Trial Date: October 18, 2011 |

# STATEMENT OF UNCONTROVERTED FACTS
# AND CONCLUSIONS OF LAW

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| 1. Taco Bell Corp. ("Taco Bell") is a for-profit corporation registered in the State of California, with its principal place of business in Irvine, California. | Haskins Decl., ¶ 2, and Ex. A thereto. |
| 2. Taco Bell did not send the text message that Plaintiff allegedly received on October 11, 2005. | Jelley Depo., 50:6-13 [Haskins Decl., Ex. E][1]; *See* Fourth Amended Complaint, CM/ECF Docket Entry No. 78 at p. 8:13-15. |
| 3. The Chicago Taco Bell Restaurant Owners Advertising Association (the "Chicago Association") is a non-profit corporation registered in the State of Illinois, with its principal place of business in Chicago, Illinois. | Borkan Decl., ¶ 3, and Ex. A thereto. |
| 4. The Chicago Association has twelve members, one of which is Taco Bell. | Borkan Decl., ¶ 6; Rosen Depo., 268:12-18. [Ex. B] |
| 5. The Chicago Association's Board of Directors has four directors, one of which is appointed by Taco Bell. | Borkan Decl., ¶ 5, and Ex. B thereto; Viti Decl., ¶ 2. |
| 6. The Chicago Association has observed corporate formalities. | Borkan Decl., ¶¶ 3-6; Viti Decl., ¶¶ 2, 3. |

---

[1] Lettered exhibits in brackets, e.g. "[Ex. A]," denote that the material can be found attached to the concurrently-filed declaration of Steven A. Haskins.

| | |
|---|---|
| 7. The Chicago Association was not obligated by Taco Bell to run any local promotion for chicken and steak Nachos Bell Grande. | Viti Decl., ¶ 11; Borkan Decl., ¶ 7. |
| 8. The Chicago Association's Board of Directors, and a majority of the Chicago Association's members, approved the local promotion for chicken and steak Nachos Bell Grande. | Borkan Decl., ¶¶ 11, 12; Rosen Depo., 61:16 – 62:18 [Ex. B]. |
| 9. The Chicago Association entered into a contract with ESW Partners to be the Chicago Association's advertising agency. | Borkan Decl., ¶ 8; Rosen Depo., 241:19-242:5 [Ex. B]; [Ex. C]. |
| 10. Taco Bell was not a party to the Chicago Association's contract with ESW Partners. | Rosen Depo., 241:19-242:5 [Ex. B]; [Ex. C]. |
| 11. ESW Partners developed the local promotion for chicken and steak Nachos Bell Grande for the Chicago Association. | Borkan Decl., ¶¶ 9, 10; Rosen Depo., 259:20-260:15; 260:20-261:7, 272:12-17; 275:1-6 [Ex. B]. |
| 12. ESW Partners and ipsh!net, Inc. ("Ipsh") entered into a contract to create and send the text message to publicize the local promotion for chicken and steak Nachos Bell Grande for the Chicago Association. | Rosen Depo., 52:2-4, 62:19-22 [Ex. B]; [Ex. F]. |

| | |
|---|---|
| 13. Taco Bell was not a party to the contract between ESW and Ipsh. | [Ex. F]. |
| 14. Ipsh sent the text message that Plaintiff allegedly received on October 11, 2005. | Jelley Depo., 50:6-13[Ex. E]; *See* Fourth Amended Complaint, CM/ECF Docket Entry No. 78 at p. 8:13-15. |
| 15. Taco Bell did not review or approve the sending of the text message that Plaintiff allegedly received on October 11, 2005. | Rosen Depo., 274:3 – 11 [Ex. B]; Jelley Depo., 166:25 – 167:22 [Ex. E]; Viti Decl., ¶¶ 14-15. |

Dated: March 28, 2011 **ARENT FOX LLP**

By: */s/ Robert C. O'Brien*
Robert C. O'Brien
Steven E. Bledsoe
Attorneys for Defendant
TACO BELL CORP.