Robert C. O'Brien (SBN 154372)
obrien.robert@arentfox.com
Steven E. Bledsoe (SBN 157811)
bledsoe.steven@arentfox.com
Steven A. Haskins (SBN 238865)
haskins.steven@arentfox.com
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213.629.7400
Facsimile:   213.629.7401

Attorneys for Defendant
TACO BELL CORP.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| TRACIE THOMAS, individually and on behalf of class of similarly situated individuals,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>TACO BELL CORP., a California corporation, and THE CHICAGO AREA TACO BELL RESTAURANT OWNERS ASSOCIATION, an Illinois corporation,<br><br>　　　　　　Defendants. | Case No.  SACV09-1097 DOC (ANx)<br><br>*Assigned to The Hon. David O. Carter*<br><br>**[PROPOSED] JUDGMENT GRANTING DEFENDANT TACO BELL CORP.'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S FOURTH AMENDED COMPLAINT**<br><br>[Filed concurrently with (1) Notice of Motion and Motion for Summary Judgment; Memorandum of Points and Authorities; (2) Statement of Uncontroverted Facts, (3) Declaration of Neil Borkan, (4) Declaration of Susan Viti, and (5) Declaration of Steven A. Haskins]<br><br>Date:　　　　　April 25, 2011<br>Time:　　　　　8:30 a.m.<br>Courtroom:　　9D<br><br>Complaint Filed:　September 15, 2009<br>Trial Date:　　　　October 18, 2011 |

# [PROPOSED] JUDGMENT

This matter having become before the Court on Taco Bell Corp.'s Motion for Summary Judgment (the "Motion") on the Fourth Amended Class Action Complaint, **IT IS HEREBY ORDERED** that:

The Motion is granted. Summary judgment on the Fourth Amended Class Action Complaint is hereby granted for Taco Bell Corp., for the reasons described in its motion.

**IT IS SO ORDERED.**

Dated: _____, 2011

Hon. David O. Carter
United States District Court Judge

Respectfully submitted,

Dated: March 28, 2011      **ARENT FOX LLP**

By: */s/ Robert C. O'Brien*
Robert C. O'Brien
Steven E. Bledsoe
Attorneys for Defendant
TACO BELL CORP.