Robert C. O'Brien (SBN 154372)
obrien.robert@arentfox.com
Steven E. Bledsoe (SBN 157811)
bledsoe.steven@arentfox.com
Steven A. Haskins (SBN 238865)
haskins.steven@arentfox.com
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213.629.7400
Facsimile:   213.629.7401

Attorneys for Defendant
TACO BELL CORP.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| TRACIE THOMAS, individually and on behalf of class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>TACO BELL CORP., a California corporation, and THE CHICAGO AREA TACO BELL RESTAURANT OWNERS ASSOCIATION, an  Illinois corporation,<br><br>Defendants. | Case No.  SACV09-1097 DOC (ANx)<br><br>Assigned to The Hon. David O. Carter<br><br>**JOINT STIPULATION REQUESTING CONTINUATION OF CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>Complaint Filed: September 15, 2009<br>Trial Date:         October 18, 2011 |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

SACV09-1097 DOC (ANx)

JOINT STIP REQESTING CONTINUATION
OF CLASS CERT. BRIEFING SCHEDULE

1  This Stipulation is entered into by and among Plaintiff Tracie Thomas
2  ("Plaintiff") and Defendant Taco Bell Corp. ("Taco Bell") (Plaintiff and Taco Bell,
3  are collectively referred to hereafter as the "Parties"), through their respective
4  counsel with reference to the following:

## RECITALS

6  WHEREAS, on July 29, 2010, the Court issued a scheduling order in this
7  case ordering Plaintiff to file a class certification motion no later than April 18,
8  2011;

9  WHEREAS, on August 16, 2010, Plaintiff filed her Fourth Amended Class
10 Action Complaint for Damages and Injunctive Relief (the "4AC");

11 WHEREAS, on March 15, 2011, the Parties met and conferred consistent
12 with Local Rule 7-3 in anticipation of Taco Bell's filing of a summary judgment
13 motion that may be dispositive of the 4AC;

14 WHEREAS, on March 28, 2011, Taco Bell filed its summary judgment
15 motion and hearing is set on the motion for April 25, 2011;

16 WHEREAS, the Parties have agreed it would be inefficient for them and the
17 Court to proceed with class certification briefing as currently scheduled given the
18 potentially dispositive motion filed by Taco Bell;

19 WHEREAS, the Parties do not as of now believe that the granting of this
20 order will require a change in any date other than that set for class certification
21 briefing.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

SACV09-1097 DOC (ANx)

JOINT STIP REQESTING CONTINUATION
OF CLASS CERT. BRIEFING SCHEDULE

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED by and among the Parties to this action through their undersigned counsel that, upon approval of the Court:

1) The April 18, 2011 date previously ordered by the Court for Plaintiff to file her motion for class certification is hereby vacated.

2) In the event that Taco Bell's summary judgment motion is denied, Plaintiff shall file her motion for class certification, if any, no later than 28 calendar days after the Court issues its ruling. Taco Bell shall have 28 calendar days to file an opposition brief, if any, and Plaintiff shall have 28 calendar days to file a reply brief, if any. The hearing on the class certification motion shall be set for the first Monday after 14 days from the date on which Plaintiff will file her reply brief.

Dated: March 28, 2011           **ARENT FOX LLP**

                                By:  */s/ Steven E. Bledsoe*
                                     Steven E. Bledsoe
                                     Attorneys for Defendant
                                     TACO BELL CORP.

Dated: March 28, 2011           **EDELSON McGUIRE LLP**

                                By:  */s/ Michael J. McMorrow*
                                     Michael J. McMorrow
                                     Attorneys for Plaintiff
                                     TRACIE THOMAS