```
 1  Robert C. O'Brien (SBN 154372)
    obrien.robert@arentfox.com
 2  Steven E. Bledsoe (SBN 157811)
    bledsoe.steven@arentfox.com
 3  Steven A. Haskins (SBN 238865)
    haskins.steven@arentfox.com
 4  ARENT FOX LLP
    555 West Fifth Street, 48th Floor
 5  Los Angeles, CA  90013-1065
    Telephone:  213.629.7400
 6  Facsimile:   213.629.7401

 7  Attorneys for Defendant
    TACO BELL CORP.
 8
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| TRACIE THOMAS, individually and on behalf of class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>TACO BELL CORP., a California corporation, and THE CHICAGO AREA TACO BELL RESTAURANT OWNERS ASSOCIATION, an Illinois corporation,<br><br>Defendants. | Case No.  SACV09-1097 DOC (ANx)<br><br>Assigned to The Hon. David O. Carter<br><br>**[PROPOSED] ORDER CONTINUING CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br><br>Complaint Filed: September 15, 2009<br>Trial Date:          October 18, 2011 |

# [PROPOSED] ORDER

This matter having become before the Court on the Stipulation of the Parties, **IT IS HEREBY ORDERED** that:

1) The April 18, 2011 date previously ordered by the Court for Plaintiff to file her motion for class certification is hereby vacated.

2) In the event that Taco Bell's summary judgment motion is denied, Plaintiff shall file her motion for class certification, if any, no later than 28 calendar days after the Court issues its ruling. Taco Bell shall have 28 calendar days to file an opposition brief, if any, and Plaintiff shall have 28 calendar days to file a reply brief, if any. The hearing on the class certification motion shall be set for the first Monday after 14 days from the date on which Plaintiff will file her reply brief.

**IT IS SO ORDERED.**

Dated: _____, 2011

_____
Hon. David O. Carter
United States District Court Judge