1  David C. Parisi (SBN 162248)
   dparisi@parisihavens.com
2  Suzanne Havens Beckman (SBN 188814)
   shavens@parisihavens.com
3  PARISI & HAVENS LLP
   15233 Valleyheart Drive
4  Sherman Oaks, California   91403
   (818) 990-1299 (phone)
5  (818) 501-7852 (facsimile)

6  Michael J. McMorrow (admitted *Pro Hac Vice*)
   mjmcmorrow@edelson.com
7  Rafey Balabanian (admitted *Pro Hac Vice*)
   rbalabanian@edelson.com
8  EDELSON MCGUIRE LLC
   350 N. LaSalle Street, Suite 1300
9  Chicago, Illinois 60654
   (312) 589-6370 (phone)
10 (312) 589-6378 (facsimile)

11 Counsel for Plaintiff

12            UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF CALIFORNIA
13               SOUTHERN DIVISION

14

15 TRACIE THOMAS, individually, and on    Case No.: SACV09-1097 DOC(ANx)
   behalf of a class of similarly situated
16 individuals,                            **PLAINTIFF'S APPLICATION TO FILE
                                           DOCUMENTS AND BRIEF UNDER
17                                         SEAL**
                    Plaintiff,
18                                         **Discovery Cut-off Date:  June 8, 2011**
   v.
19                                         **Pretrial Conference Date:  October 3, 2011**
   TACO BELL CORP., a California
20 corporation,                            **Trial Date:  October 18, 2011**

21              Defendants.                Judge: Hon. David O. Carter

22                                         Time:  8:30 a.m.
                                           Date:  April 4, 2011
23

24

25

26

27

28
   PL.'S APP. TO FILE UNDER SEAL                    NO. SACV09-1097 DOC (ANX)



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 2 5 2011

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
SOUTHERN DIVISION

MAR 22 2011

CENTRAL DISTRICT OF CALIFORNIA
BY

1    Pursuant to Local Rule 79-5.1, Plaintiff submits this application to file the following

2  documents under seal:

3    1. Plaintiff's Reply In Support of Motion to Compel Discovery Responses from Defendant
       Taco Bell;
4

5    2. Taco Bell's Marketing Funds Policy, as produced in this litigation pursuant to an
       "attorneys' eyes only" agreement [TBC000014-39]; and
6

7    3. Taco Bell's Records Information Management Program, as produced in this litigation
       pursuant to an "attorneys' eyes only" agreement [TBC000044-90].

8    Documents 2 and 3 were removed from Exhibits I and V to the Declaration of Michael J.

9  McMorrow in Support of Motion to Compel [Docket No. 98] when that document was filed, and

10  are designated Exhibits I-1 and V-1, respectively.

11    A court may order the sealing of court records when they contain confidential or sensitive

12  business information. *See In re Dual-Deck Video Cassette Recorder Antitrust Litig.,* 10 F.3d 693,

13  694 (9th Cir. 1993) (stating that it is "common now in business litigation" to seal "confidential

14  [business] information").   "Protective orders and filings under seal are the primary means by

15  which the courts ensure full disclosure of relevant information, while still preserving the parties'

16  (and third parties') legitimate expectation that confidential business information, proprietary

17  technology and trade secrets will not be publicly disseminated." *In re Adobe Sys., Inc. Sec. Litig.,*

18  141 F.R.D. 155, 161-62 (N.D. Cal. 1992) (citing *Johnson Controls, Inc. v. Phoenix Control*

19  *Systems,* 886 F.2d 1173, 1176 (9th Cir.1989); *Henry Hope X-Ray Products Inc. v. Marron Carrel,*

20  *Inc.* 674 F.2d 1336, 1343 (9th Cir.1982)).

21    Good cause exists for filing the documents above under seal, because Taco Bell contends

22  that the documents are confidential and contain proprietary or trade secret information, and

23  produced the documents pursuant to Plaintiff's agreement that the documents would be treated as

24  confidential and held pursuant to an attorneys' eyes only restriction pending the entry of a

25  protective order. "The court may seal documents to protect sensitive information, however, the

26  documents to be filed under seal will be limited by the Court to only those documents, or portions

27

28

PL.'S APP TO FILE UNDER SEAL                                    NO. SACV09-1097 DOC (ANX)

1  thereof, necessary to protect such sensitive information." *In re Application to Enforce Admin.*

2  *Subpoenas of S.E.C. v. Nicita*, CIV 07CV0772 WQH AJB, 2007 WL 4365553, at *1 (S.D. Cal.

3  Dec. 11, 2007).   Plaintiff does not take issue with Taco Bell's contention as to the sensitivity of

4  the information contained in these documents.

5       For these reasons, Plaintiff respectfully requests that the Court allow these documents to be

6  filed under seal.  Plaintiff will publicly file (through the Court's CM/ECF system) a redacted

7  version of her Reply In Support of Motion to Compel Discovery Responses from Defendant Taco

8  Bell.

9

10  Dated:  March 21, 2011                  Respectfully Submitted,

11                             TRACIE THOMAS, individually and on behalf of a

12                             class of similarly situated individuals,

13                             _____

14                             David C. Parisi
                           One of Plaintiff's Attorneys

15  David C. Parisi (SBN 162248)
    dcparisi@parisihavens.com

16  Suzanne Havens Beckman (SBN 188814)
    shavens@parisihavens.com

17  PARISI & HAVENS LLP
    15233 Valleyheart Drive

18  Sherman Oaks, California   91403
    (818) 990-1299 (phone)

19  (818) 501-7852 (facsimile)

20  Rafey Balabanian (admitted *Pro Hac Vice*)
    rbalabanian@edelson.com

21  Michael J. McMorrow (admitted *Pro Hac Vice*)
    mjmcmorrow@edelson.com

22  EDELSON MCGUIRE LLC
    350 N. LaSalle Street, Suite 1300

23  Chicago, Illinois 60654
    (312) 589-6370 (phone)

24  (312) 589-6378 (facsimile)

25  Counsel for Plaintiff

26

27

28

PL.'S APP TO FILE UNDER SEAL            NO. SACV09-1097 DOC (ANX)

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 15233 Valleyheart Drive, Sherman Oaks, California 91403.

On March 21, 2011, I served the foregoing document described as:

**PLAINTIFF'S APPLICATION TO FILE DOCUMENTS AND BRIEF UNDER SEAL**

on interested parties in this action by placing ( ) the original (x) a true copy thereof enclosed in a sealed envelope (except for those emailed) addressed as follows:

**SEE SERVICE LIST FOR PERSONS SERVED AND METHOD OF SERVICE**

[x]    **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondences for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[]    **(VIA OVERNIGHT DELIVERY)** By causing such envelope to be delivered to the office of the addressee(s) at the addressee(es) set forth above by overnight delivery by Federal Express or by a similar overnight delivery service.

[x]    **(BY EMAIL)** By causing this document to be delivered in pdf format to the email addresses of the persons identified on the service list.

[]    **(BY PERSONAL SERVICE)** By causing this document to be personally delivered to the persons identified on the service list.

Executed on March 21, 2011, at Sherman Oaks, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

David C. Paris

---

PL.'S APP TO FILE UNDER SEAL                    NO. SACV09-1097 DOC (ANX)

1

## SERVICE LIST

2

3

4

5

Steven Bledsoe, Esq.
Arent Fox LLP
Gas Company Tower
555 West Fifth Street, 48th Floor
Los Angeles, California   90013
hansen.drew@arentfox.com

**VIA U.S. MAIL AND EMAIL**

Counsel for Defendants Taco Bell Corp.;
YUM! Brands, Inc.; and Taco Bell of
America, Inc.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28