1  David C. Parisi (SBN 162248)
   dparisi@parisihavens.com
2  Suzanne Havens Beckman (SBN 188814)
   shavens@parisihavens.com
3  PARISI & HAVENS LLP
   15233 Valleyheart Drive
4  Sherman Oaks, California  91403
   (818) 990-1299 (phone)
5  (818) 501-7852 (facsimile)

6  Michael J. McMorrow (admitted *Pro Hac Vice*)
   mjmcmorrow@edelson.com
7  Rafey Balabanian (admitted *Pro Hac Vice*)
   rbalabanian@edelson.com
8  EDELSON MCGUIRE LLC
   350 N. LaSalle Street, Suite 1300
9  Chicago, Illinois 60654
   (312) 589-6370 (phone)
10 (312) 589-6378 (facsimile)

11 Counsel for Plaintiff

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 25 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| TRACIE THOMAS, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>TACO BELL CORP., a California corporation,<br><br>Defendants. | Case No.: SACV09-1097 DOC(ANx)<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE DOCUMENTS AND BRIEF UNDER SEAL<br><br>Discovery Cut-off Date:  June 8, 2011<br><br>Pretrial Conference Date:  October 3, 2011<br><br>Trial Date:  October 18, 2011<br><br>Judge: Hon. David O. Carter<br><br>Time: 8:30 a.m.<br>Date: April 4, 2011 |

[PROPOSED] ORDER                                        NO. SACV09-1097 DOC (ANX)

Plaintiff's Application to File Documents and Brief Under Seal, having come before this Court, the Court has considered the Application and the documents proposed to be filed under seal. Based on the foregoing, for good cause shown,

IT IS HEREBY ORDERED that the following documents are hereby filed under seal:

1. Plaintiff's Reply In Support of Motion to Compel Discovery Responses from Defendant Taco Bell;

2. Taco Bell's Marketing Funds Policy, as produced in this litigation pursuant to an "attorneys' eyes only" agreement [TBC000014-39]; and

3. Taco Bell's Records Information Management Program, as produced in this litigation pursuant to an "attorneys' eyes only" agreement [TBC000044-90].

IT IS SO ORDERED.

DATED: MARCH 25, 2011

**DAVID O. CARTER**
_____
Hon. David O. Carter
United States District Judge

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 15233 Valleyheart Drive, Sherman Oaks, California 91403.

On March 21, 2011, I served the foregoing document described as:

**[Proposed] ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE DOCUMENTS AND BRIEF UNDER SEAL**

on interested parties in this action by placing ( ) the original (x) a true copy thereof enclosed in a sealed envelope (except for those emailed) addressed as follows:

**SEE SERVICE LIST FOR PERSONS SERVED AND METHOD OF SERVICE**

[x]   (BY MAIL) I am "readily familiar" with the firm's practice of collection and processing correspondences for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[]    (VIA OVERNIGHT DELIVERY) By causing such envelope to be delivered to the office of the addressee(s) at the addressee(es) set forth above by overnight delivery by Federal Express or by a similar overnight delivery service.

[x]   (BY EMAIL) By causing this document to be delivered in pdf format to the email addresses of the persons identified on the service list.

[]    (BY PERSONAL SERVICE) By causing this document to be personally delivered to the persons identified on the service list.

Executed on March 21, 2011, at Sherman Oaks, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*David C. Parisi*

## SERVICE LIST

Steven Bledsoe, Esq.
Arent Fox LLP
Gas Company Tower
555 West Fifth Street, 48th Floor
Los Angeles, California 90013
hansen.drew@arentfox.com

**VIA U.S. MAIL AND EMAIL**

Counsel for Defendants Taco Bell Corp.; YUM! Brands, Inc.; and Taco Bell of America, Inc.

[Proposed] ORDER

NO. SACV09-1097 DOC (ANX)