UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. SACV 09-1097 DOC (ANx)          Date: March 29, 2011

Title: TRACIE THOMAS et. al. v. TACO BELL CORP. et. al.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Nancy Boehme | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

| NONE PRESENT | NONE PRESENT |
|---|---|

PROCEEDING (IN CHAMBERS):     TAKING MATTER UNDER SUBMISSION

       Before the Court is Plaintiff Tracie Thomas's Motion to Compel Discovery in the above-captioned case (Docket 98). The court finds this matter appropriate for decision without oral argument. Fed.R.Civ. P. 78; Local Rule 7-15.

       Accordingly, the hearing set for April 5, 2011 at 8:30 a.m. is removed from the calendar. Parties will be served with the Court's ruling.

       The Clerk shall serve a copy of this minute order on counsel for all parties in this action.