UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 09-01097-CJC(ANx)           Date: April 20, 2011

Title: TRACIE THOMAS V. TACO BELL CORP.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                   None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER VACATING HEARING DATE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** [filed 3/28/11]

       The Court, on its own motion, vacates the hearing date for Defendant Taco Bell Corp.'s ("Taco Bell") motion for summary judgment. The hearing currently scheduled for April 25, 2011 at 8:30 a.m. is hereby vacated and taken off calendar.

       This case was recently transferred to this Court. Having considered the state of the case, the Court will first take up the issue of Ms. Thomas' motion to compel, which was filed on March 7, 2011 and taken under submission prior to the transfer of this case. Next, the Court will consider Ms. Thomas' request for a continuance of Taco Bell's motion for summary judgment. Although this request was filed as a declaration, it is best characterized as an ex parte application for a continuance that relies on Federal Rule of Civil Procedure 56(d). Taco Bell has already filed an opposition to this application. The parties will be notified if further briefing or a hearing on these issues is required. Once the Court has resolved these issues, a hearing date will be set for Taco Bell's pending motion for summary judgment.

tlh

MINUTES FORM 11
CIVIL-GEN                                                                                        Initials of Deputy Clerk MU