David C. Parisi (SBN 162248)
dparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California   91403
(818) 990-1299 (phone)
(818) 501-7852 (facsimile)

Rafey Balabanian (admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Michael J. McMorrow (admitted *Pro Hac Vice*)
mjmcmorrow@edelson.com
EDELSON MCGUIRE LLC
350 N. LaSalle Street, Suite 1300
Chicago, Illinois 60654
(312) 589-6370 (phone)
(312) 589-6378 (facsimile)

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TRACIE THOMAS, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>TACO BELL CORP., a California corporation,<br><br>Defendant. | **Case No.: SACV09-1097 DOC(ANx)**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SANCTIONS AGAINST DEFENDANT TACO BELL CORP.**<br><br>**Discovery Cut-off Date: June 8, 2011**<br><br>**Pretrial Conference Date: October 3, 2011**<br><br>**Trial Date: October 18, 2011**<br><br>Judge: Hon. Arthur Nakazato<br><br>Time: 10:00 a.m.<br>Date: September 15, 2011 |

PL.'S NOTICE OF MTN. & MTN. TO COMPEL           NO. SACV09-1097 DOC (ANX)

**TO DEFENDANT AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on September 15, 2011, at 10:00 a.m., or as soon thereafter as counsel may be heard, in the United States District Court for the Central District of California, Courtroom 9D, located at 412 W. Fourth Street, Santa Ana, CA 92701, Plaintiff Tracie Thomas will and hereby does move this Court pursuant to Federal Rule of Civil Procedure 37 and the Court's inherent powers to issue an Order finding that Defendant Taco Bell should be sanctioned for the spoliation of evidence in the form of an adverse inference, as outlined in the Proposed Joint Stipulation filed concurrently with this Notice, as well as an imposition of sanctions on Defendant and/or its counsel under Fed. R. Civ. P. 37(a)(5)(A) and Local Rule 37-4.

The Plaintiff's Motion is based on this Notice of Motion and Motion for Sanctions, a separately filed Declaration of Michael J. McMorrow including Joint Stipulation Under L.R. 37, the pleadings and other papers on file in this matter, and upon evidence or argument that may be presented at or before the hearing on this Motion.

This motion is made following the conference of counsel pursuant to Local Rule 37-1, which took place on August 8, 2011, where Counsel for both Parties discussed the issues presented in the Joint Stipulation, but were unable to reach an agreement.

Dated:  August 22, 2011                     Respectfully Submitted,

                                            TRACIE THOMAS, individually and on behalf of a class of similarly situated individuals,

                                             /s/  Suzanne Havens-Beckman
                                            One of Plaintiff's Attorneys

1  David C. Parisi (SBN 162248)
2  dcparisi@parisihavens.com
   Suzanne Havens Beckman (SBN 188814)
3  shavens@parisihavens.com
   PARISI & HAVENS LLP
4  15233 Valleyheart Drive
   Sherman Oaks, California 91403
5  (818) 990-1299 (phone)
   (818) 501-7852 (facsimile)
6
   Rafey Balabanian (admitted *Pro Hac Vice*)
7  rbalabanian@edelson.com
   Michael J. McMorrow (admitted *Pro Hac Vice*)
8  mjmcmorrow@edelson.com
   EDELSON MCGUIRE LLC
9  350 N. LaSalle Street, Suite 1300
   Chicago, Illinois 60654
10 (312) 589-6370 (phone)
   (312) 589-6378 (facsimile)
11
   Counsel for Plaintiff
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I, Suzanne Havens-Beckman, an attorney, certify that on August 22, 2011, I served the above and foregoing *Plaintiff's Notice of Motion and Motion for Sanctions* by causing true and accurate copies of such paper to be filed and transmitted to the persons registered to receive such notice via the Court's CM/ECF electronic filing system.

/s/  Suzanne Havens-Beckman