David C. Parisi (SBN 162248)
dparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California   91403
(818) 990-1299 (phone)
(818) 501-7852 (facsimile)

Michael J. McMorrow (admitted *Pro Hac Vice*)
mjmcmorrow@edelson.com
Rafey Balabanian (admitted *Pro Hac Vice*)
rbalabanian@edelson.com
EDELSON MCGUIRE LLC
350 N. LaSalle Street, Suite 1300
Chicago, Illinois 60654
(312) 589-6370 (phone)
(312) 589-6378 (facsimile)

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TRACIE THOMAS, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>TACO BELL CORP., a California corporation,<br><br>Defendants. | **Case No.: SACV09-1097 DOC(ANx)**<br><br>**PLAINTIFF'S NOTICE OF ERRATA REGARDING PAGE 50 OF DOCKET NO. 123**<br><br>Judge: Hon. Arthur Nakazato |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff erroneously filed the Joint Stipulation under L.R. 37-2.1 (Docket No. 123) with an incorrect signature page. The corrected signature page is attached hereto as Exhibit A and should replace Page 50 of Docket No. 123.

Dated: August 23, 2011                    Respectfully Submitted,

                                          TRACIE THOMAS, individually and on
                                          behalf of a class of similarly situated
                                          individuals,

                                          s/ Suzanne Havens Beckman
                                          One of Plaintiff's Attorneys

David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California   91403
(818) 990-1299 (phone)
(818) 501-7852 (facsimile)

Rafey Balabanian (admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Michael J. McMorrow (admitted *Pro Hac Vice*)
mjmcmorrow@edelson.com
EDELSON MCGUIRE LLC
350 N. LaSalle Street, Suite 1300
Chicago, Illinois 60654
(312) 589-6370 (phone)
(312) 589-6378 (facsimile)

Counsel for Plaintiff