# Exhibit A

1  Dated: August 23, 2011

2

3  Respectfully submitted,

4

| | |
|---|---|
| TRACIE THOMAS, individually and on behalf of a class of similarly situated individuals<br><br>BY: _____<br>One of her attorneys<br><br>David C. Parisi<br>dparisi@parisihavens.com<br>Suzanne Havens Beckman<br>shavens@parisihavens.com<br>PARISI & HAVENS LLP<br>15233 Valleyheart Drive<br>Sherman Oaks, California 91403<br>(818) 990-1299 (phone)<br>(818) 501-7852 (facsimile)<br><br>Rafey Balabanian<br>(admitted *Pro Hac Vice*)<br>rbalabanian@edelson.com<br>Michael J. McMorrow<br>(admitted *Pro Hac Vice*)<br>mjmcmorrow@edelson.com<br>EDELSON MCGUIRE LLC<br>350 N. LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>(312) 589-6370 (phone)<br>(312) 589-6378 (facsimile)<br><br>*Attorneys for Tracie Thomas* | TACO BELL CORPORATION<br><br>BY: _____<br>One of its attorneys<br><br>Steven A. Haskins<br>Haskins.steven@arentfox.com<br>Robert O'Brien<br>O'Brien.Robert@arentfox.com<br>Steve Bledsoe<br>Bledsoe.steven@arentfox.com<br>Paul Rigali<br>Rigali.paul@arentfox.com<br>ARENT FOX LLP<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013<br>Ph: (213) 629-7400<br>Fax: (213) 629-7401<br><br>*Attorneys for Taco Bell Corp.* |