| Name & Address: |
|---|
| Steven E. Bledsoe (SBN 157811) |
| ARENT FOX LLP |
| 555 West Fifth Street, 48th Floor |
| Los Angeles, CA 90013 |
| Tel. 213.629.7400 / Fax 213.629.7401 |
| bledsoe.steven@arentfox.com |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACIE THOMAS, individually and on behalf of class of similarly situated individuals,<br><br>PLAINTIFF(S)<br><br>v.<br><br>TACO BELL CORP., a California corporation,<br><br>DEFENDANT(S). | CASE NUMBER:<br>SACV09-1097 CJC (ANx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
(1) Declaration of Michael J. McMorrow; (2) Application to File the Declaration of Michael J. McMorrow Under Seal; (3) [Proposed] Order Granting Taco Bell Corp.'s Application to File the Declaration of Michael J. McMorrow Under Seal; (4) Proof of Service of Multiple Documents

**Document Description:**

- [ ] Administrative Record
- [ ] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- [x] Other

**Reason:**

- [x] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [ ] Per Court order dated _____
- [ ] Manual Filing required (*reason*):

| | |
|---|---|
| August 25, 2011<br>Date | /s/ Steven E. Bledsoe<br>Attorney Name<br>Defendant TACO BELL CORP.<br>Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).