1  Robert O'Brien (SBN 154372)
   obrien.robert@arentfox.com
2  Steven E. Bledsoe (SBN 157811)
   bledsoe.steven@arentfox.com
3  Steven A. Haskins (SBN 238865)
   haskins.steven@arentfox.com
4  **ARENT FOX LLP**
   555 West Fifth Street, 48th Floor
5  Los Angeles, CA 90013-1065
   Telephone: 213.629.7400
6  Facsimile: 213.629.7401

7  Attorneys for Defendant
   TACO BELL CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TRACIE THOMAS, individually and on behalf of class of similarly situated individuals,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TACO BELL CORP., a California corporation,<br><br>　　　　　Defendants. | Case No. SACV09-1097 CJC (ANx)<br><br>*Assigned to The Hon. Arthur Nakazato*<br><br>**DEFENDANT TACO BELL CORP.'S NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER**<br><br>Date:　　　　September 29, 2011<br>Time:　　　　10:00 a.m.<br>Courtroom:　6B<br><br>Complaint Filed:　September 15, 2009<br>Trial Date:　　　　October 18, 2011 |

# NOTICE OF MOTION AND MOTION

## TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on September 29, 2011 at 10:00 AM, or as soon thereafter as counsel may be heard in the above-entitled Court, located at 411 West Fourth Street, Santa Ana, California, 92701, in Courtroom 6B, Defendant Taco Bell Corp. ("Taco Bell") will and hereby does move this Court pursuant to Federal Rules of Civil Procedure 26 and 37 for a protective order to protect Taco Bell from further annoyance, oppression, harassment, and undue burden or expense. Taco Bell makes this motion on the grounds that Plaintiff has been dilatory in taking discovery in this action, has acted with improper purpose, and because the fact discovery deadline has passed without prior extension of this Court. The Motion is made following the conference of counsel pursuant to L.R. 7-3 that took place on August 8, 2011, where counsel for both parties conferred regarding the issues attendant to this Motion, but were unable to resolve them.

The Motion is based on this Notice of Motion and Motion, the concurrently-filed Joint Stipulation of the parties, the concurrently-filed Declaration of Steven E. Bledsoe, the files and records in this action, and such further evidence and argument as may be presented to the Court at or before the hearing on the Motion.

Dated: August 25, 2011                ARENT FOX LLP

                                      By:   */s/ Steven E. Bledsoe*
                                          Steven E. Bledsoe
                                          Attorneys for Defendant
                                          TACO BELL CORP.