Robert O'Brien (SBN 154372)
obrien.robert@arentfox.com
Steven E. Bledsoe (SBN 157811)
bledsoe.steven@arentfox.com
Steven A. Haskins (SBN 238865)
haskins.steven@arentfox.com
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213.629.7400
Facsimile:   213.629.7401

Attorneys for Defendant
TACO BELL CORP.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TRACIE THOMAS, individually and on behalf of class of similarly situated individuals,<br><br>           Plaintiff,<br><br>      v.<br><br>TACO BELL CORP., a California corporation,<br><br>           Defendants. | Case No.  SACV09-1097 CJC (ANx)<br><br>*Assigned to The Hon. Arthur Nakazato*<br><br>**JOINT STIPULATION REQUESTING CONTINUATION OF THE HEARING ON PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANT TACO BELL CORP.**<br><br>Complaint Filed:  September 15, 2009<br>Trial Date:           October 18, 2011 |

1    Plaintiff Tracie Thomas ("Plaintiff") and defendant Taco Bell Corp. ("Taco
2 Bell"), by and through their counsel of record, hereby agree as follows:
3    WHEREAS, Plaintiff filed her "Notice of Motion and Motion for Sanctions
4 Against Defendant Taco Bell Corp.," which is currently scheduled to be heard on
5 September 15, 2011;
6    WHEREAS, Taco Bell Corp. filed its "Notice of Motion and Motion for
7 Protective Order," which is currently scheduled to be heard on September 29, 2011;
8    WHEREAS, co-lead counsel for Taco Bell Corp., Steven E. Bledsoe,
9 coordinated Taco Bell Corp.'s efforts to meet and confer with Plaintiff's counsel
10 with respect to the foregoing motions;
11    WHEREAS, Mr. Bledsoe is unavailable to attend the hearing of Plaintiff's
12 Motion on September 15, 2011 due to oral argument on that day before the
13 California Court of Appeal, Fourth District;
14    WHEREAS, it will serve the interest of judicial economy if both motions
15 come before the Court for hearing on the same day because both motions involve
16 similar underlying facts and issues of law;
17    WHEREAS, counsel for Plaintiff, Michael J. McMorrow, has authorized
18 counsel for Taco Bell to affix his electronic signature to this stipulation;
19    THEREFORE, the parties hereby stipulate that, for good cause showing,
20 Plaintiff's Motion for Sanctions Against Defendant Taco Bell Corp. shall be
21 continued to September 29, 2011, and all supplemental briefs shall be filed on or
22 before September 15, 2011.

| | | |
|---|---|---|
| Dated: August 31, 2011 | | **ARENT FOX LLP** |
| | By: | */s/ Steven E. Bledsoe* |
| | | Steven E. Bledsoe |
| | | Attorneys for Defendant |
| | | TACO BELL CORP. |
| Dated: August 31, 2011 | | **EDELSON McGUIRE LLP** |
| | By: | */s/ Michael J. McMorrow* |
| | | Michael J. McMorrow |
| | | Attorneys for Plaintiff |
| | | TRACIE THOMAS |