1 │ David C. Parisi (SBN 162248)
dparisi@parisihavens.com
2 │ Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
3 │ PARISI & HAVENS LLP
15233 Valleyheart Drive
4 │ Sherman Oaks, California   91403
(818) 990-1299 (phone)
5 │ (818) 501-7852 (facsimile)

6 │ Michael J. McMorrow (admitted *Pro Hac Vice*)
mjmcmorrow@edelson.com
7 │ Rafey Balabanian (admitted *Pro Hac Vice*)
rbalabanian@edelson.com
8 │ EDELSON MCGUIRE LLC
350 N. LaSalle Street, Suite 1300
9 │ Chicago, Illinois 60654
(312) 589-6370 (phone)
10 │ (312) 589-6378 (facsimile)

11 │ Counsel for Plaintiff

12 │ **UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
13 │ **SOUTHERN DIVISION**

14 │

15 │ TRACIE THOMAS, individually, and on
16 │ behalf of a class of similarly situated individuals,
17 │

18 │          Plaintiff,

19 │ v.

20 │ TACO BELL CORP., a California corporation,
21 │
22 │          Defendants.

**Case No.: SACV09-1097 DOC(ANx)**

**PLAINTIFF'S APPLICATION TO FILE DOCUMENTS AND BRIEF UNDER SEAL**

**Discovery Cut-off Date:  June 8, 2011**

**Pretrial Conference Date:  October 3, 2011**

**Trial Date:  October 18, 2011**

Judge: Hon. Arthur Nakazato

Time:  10:00 a.m.
Date:  September 15, 2011

FILED
CLERK, U.S. DISTRICT COURT

SEP - 7 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                     DEPUTY

LODGED

2011 AUG 23  PM 4: 28
CLERK U.S. DISTRICT COURT
SANTA ANA

BY

1  .  Pursuant to Local Rule 79-5.1, Plaintiff submits this application to file the

2  following documents under seal:

3      1.  Taco Bell's Marketing Funds Policy, as produced in this litigation
        pursuant to an "attorneys' eyes only" agreement [TBC000014-39]; and
4

5      2.  Taco Bell's Records Information Management Program, as produced in
        this litigation pursuant to an "attorneys' eyes only" agreement
6          [TBC000044-90].

7
    3.  Portions of Joint Stipulation discussing the details of Taco Bell's
8          Marketing Funds Policy and Taco Bell's Records Information
        Management Program;
9

10      Documents 1 and 2 were removed from Exhibits L and O to the Declaration

11  of Michael J. McMorrow in Support of Motion to Compel when that document was

12  filed.

13      A court may order the sealing of court records when they contain confidential

14  or sensitive business information. See *In re Dual-Deck Video Cassette Recorder*

15  *Antitrust Litig.,* 10 F.3d 693, 694 (9th Cir. 1993) (stating that it is "common now in

16  business litigation" to seal "confidential [business] information"). "Protective

17  orders and filings under seal are the primary means by which the courts ensure full

18  disclosure of relevant information, while still preserving the parties' (and third

19  parties') legitimate expectation that confidential business information, proprietary

20  technology and trade secrets will not be publicly disseminated." *In re Adobe Sys.,*

21  *Inc. Sec. Litig.,* 141 F.R.D. 155, 161-62 (N.D. Cal. 1992) (citing *Johnson Controls,*

22  *Inc. v. Phoenix Control Systems,* 886 F.2d 1173, 1176 (9th Cir.1989); *Henry Hope*

23  *X-Ray Products Inc. v. Marron Carrel, Inc.* 674 F.2d 1336, 1343 (9th Cir.1982)).

24      Good cause exists for filing the documents above under seal, because Taco

25  Bell contends that the documents are confidential and contain proprietary or trade

26  secret information, and produced the documents pursuant to Plaintiff's agreement

27

28

1  that the documents would be treated as confidential and held pursuant to an

2  attorneys' eyes only restriction pending the entry of a protective order. "The court

3  may seal documents to protect sensitive information, however, the documents to be

4  filed under seal will be limited by the Court to only those documents, or portions

5  thereof, necessary to protect such sensitive information." *In re Application to*

6  *Enforce Admin. Subpoenas of S.E.C. v. Nicita*, CIV 07CV0772 WQH AJB, 2007

7  WL 4365553, at *1 (S.D. Cal. Dec. 11, 2007).   Plaintiff does not take issue with

8  Taco Bell's contention as to the sensitivity of the information contained in these

9  documents.

10       For these reasons, Plaintiff respectfully requests that the Court allow these

11  documents to be filed under seal.  Plaintiff will publicly file (through the Court's

12  CM/ECF system) a redacted version of her Reply In Support of Motion to Compel

13  Discovery Responses from Defendant Taco Bell.

14

15  Dated: August 23, 2011                          Respectfully Submitted,

16
                                    TRACIE THOMAS, individually and on

17                                        behalf of a class of similarly situated

18                                        individuals,

19                                        One of Plaintiff's Attorneys

20  David C. Parisi (SBN 162248)
    dcparisi@parisihavens.com

21  Suzanne Havens Beckman (SBN 188814)
    shavens@parisihavens.com

22  PARISI & HAVENS LLP
    15233 Valleyheart Drive

23  Sherman Oaks, California   91403
    (818) 990-1299 (phone)

24  (818) 501-7852 (facsimile)

25  Rafey Balabanian (admitted *Pro Hac Vice*)
    rbalabanian@edelson.com

26  Michael J. McMorrow (admitted *Pro Hac Vice*)
    mjmcmorrow@edelson.com

27  EDELSON MCGUIRE LLC
    350 N. LaSalle Street, Suite 1300

28

---

PL.'S NOTICE OF MTN. & MTN. TO COMPEL                          NO. SACV09-1097 DOC (ANX)

1 | Chicago, Illinois 60654
(312) 589-6370 (phone)
2 | (312) 589-6378 (facsimile)

3 | Counsel for Plaintiff