Robert O'Brien (SBN 154372)
obrien.robert@arentfox.com
Steven E. Bledsoe (SBN 157811)
bledsoe.steven@arentfox.com
Paul A. Rigali (SBN 262948)
rigali.paul@arentfox.com
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401

Attorneys for Defendant
TACO BELL CORP.

FILED
CLERK, U.S. DISTRICT COURT
SEP - 7 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TRACIE THOMAS, individually and on behalf of class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>TACO BELL CORP., a California corporation,<br><br>Defendants. | Case No. SACV09-1097 CJC (ANx)<br><br>*Assigned to The Hon. Arthur Nakazato*<br><br>**DEFENDANT TACO BELL CORP.'S APPLICATION TO FILE THE DECLARATION OF MICHAEL J. MCMORROW UNDER SEAL**<br><br>Courtroom: 6B<br><br>Complaint Filed: September 15, 2009<br>Trial Date: October 18, 2011 |

LODGED SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 2 5 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

SACV09-1097 CJC (ANx)

DEFENDANT'S APPLICATION
TO FILE THE DECLARATION OF
MICHAEL J. MCMORROW UNDER SEAL

## APPLICATION

Pursuant to Central District Local Rule 79-5.1, Defendant Taco Bell Corp. ("Taco Bell") respectfully requests that the Court permit Taco Bell to file under seal the Declaration of Michael J. McMorrow.

The basis for filing this document under seal is that certain exhibits attached thereto reference facts and information that have been designated as confidential by the parties. In particular, these documents cite proprietary and highly confidential information not available to the public. Taco Bell, therefore, respectfully requests that the Court grant Taco Bell's Application to File the Declaration of Michael J. McMorrow Under Seal. Taco Bell has lodged a [Proposed] Order concurrently herewith for the Court's consideration.

Dated: August 25, 2011

ARENT FOX LLP

By: /s/ Robert C. O'Brien
Robert C. O'Brien
Steven E. Bledsoe
Paul A. Rigali
Attorneys for Defendant
TACO BELL CORP.