1   Robert C. O'Brien (SBN 154372)
    obrien.robert@arentfox.com
2   Steven E. Bledsoe (SBN 157811)
    bledsoe.steven@arentfox.com
3   Steven A. Haskins (SBN 238865)
    haskins.steven@arentfox.com
4   ARENT FOX LLP
    555 West Fifth Street, 48th Floor
5   Los Angeles, CA  90013-1065
    Telephone:  213.629.7400
6   Facsimile:   213.629.7401

7   Attorneys for Defendant
    TACO BELL CORP.

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10
                        SOUTHERN DIVISION
11

12  TRACIE THOMAS, individually          Case No.  SACV09-1097 CJC (ANx)
    and on behalf of class of similarly
13  situated individuals,                *Assigned to The Hon. Cormac J. Carney*

14                  Plaintiff,           **JOINT STIPULATION
15         v.                            REGARDING PARTIES'
                                         APPLICATIONS TO FILE
16  TACO BELL CORP., a California        DOCUMENTS UNDER SEAL**
    corporation,
17                  Defendants.          Courtroom:      9B

18                                       Complaint Filed:   September 15, 2009
                                         Trial Date:        October 18, 2011
19

20

21

22

23

24

25

26

27

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

SACV09-1097 CJC (ANx)                    JOINT STIPULATION RE APPLICATION
                                         TO FILE DOCUMENTS UNDER SEAL

# **JOINT STIPULATION**

1

2          Plaintiff Tracie Thomas ("Plaintiff") and Defendant Taco Bell Corp. ("Taco

3    Bell"), by and through their undersigned counsel, hereby agree as follows:

4          WHEREAS, on August 23, 2011, Plaintiff, by and through her counsel of

5    record, submitted her "Application to File Documents and Brief Under Seal,"

6    pursuant to Local Rule 79-5.1;

7          WHEREAS, Plaintiff requested that she be allowed to file Taco Bell's

8    Marketing Funds Policy and Document Retention Policy (respectively, Exhibits L

9    and O to the Declaration of Michael J. McMorrow) under seal on the grounds that

10   Taco Bell previously deemed those exhibits confidential;

11         WHEREAS, on August 25, 2011, Taco Bell, by and through its counsel of

12   record, submitted its "Application to File the Declaration of Michael J. McMorrow

13   Under Seal," pursuant to Local Rule 79-5.1, on the grounds that the attached

14   Marketing Funds Policy and Document Retention Policy were previously deemed

15   confidential by Taco Bell;

16         WHEREAS, on September 7, 2011, this Court issued a single order denying

17   both of the above-described Applications, and requesting supplemental briefing on

18   or before September 14, 2011;

19         WHEREAS, on September 12, 2011, the parties met and conferred;

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

1    WHEREAS, reserving all their rights, Plaintiff and Taco Bell withdraw their

2    respective Applications as to Exhibits L and O;

3    WHEREAS, counsel for Plaintiff, Michael J. McMorrow, has authorized

4    counsel for Taco Bell Corp. to affix his electronic signature to this stipulation.

5    THEREFORE, the Parties hereby request that the Court file Exhibits L and O

6    as described above without seal.

7
8    Dated:  September 13, 2011          **ARENT FOX LLP**

9                                        By:    _/s/ Steven E. Bledsoe_
                                                Robert C. O'Brien
10                                              Steven E. Bledsoe
                                         Attorney for Defendant
11                                       TACO BELL CORP.

12

13   Dated:  September 14, 2011          **EDELSON MCGUIRE LLP**

14
                                         By:    _/s/ Michael J. McMorrow_
15                                              Michael J. McMorrow
                                         Attorneys for Plaintiff
16                                       TRACIE THOMAS

17

18

19

20

21

22

23

24

25

26

27

28