David C. Parisi (SBN 162248)
dparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California   91403
(818) 990-1299 (phone)
(818) 501-7852 (facsimile)

Rafey Balabanian (admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Michael J. McMorrow (admitted *Pro Hac Vice*)
mjmcmorrow@edelson.com
EDELSON MCGUIRE LLC
350 N. LaSalle Street, Suite 1300
Chicago, Illinois 60654
(312) 589-6370 (phone)
(312) 589-6378 (facsimile)

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| TRACIE THOMAS, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>TACO BELL CORP., a California corporation,<br><br>Defendant. | Case No.: SACV09-1097 DOCx (AN)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SANCTIONS AND FOR REVIEW OF THE MAGISTRATE JUDGE'S SEPTEMBER 7, 2011 ORDER**<br><br>Discovery Cut-off Date:  June 8, 2011<br><br>Pretrial Conference Date:  October 3, 2011<br><br>Trial Date:  October 18, 2011<br><br>Judge: Hon. CORMAC J. CARNEY<br><br>Time:  1:30 p.m.<br>Date:  October 17, 2011 |

**TO DEFENDANT AND ITS COUNSEL OF RECORD:**

   **PLEASE TAKE NOTICE** that on October 17, 2011, at 1:30 p.m., or as soon thereafter as counsel may be heard, in the United States District Court for the Central District of California, Courtroom 9B, located at 412 W. Fourth Street, Santa Ana, CA 92701, Plaintiff Tracie Thomas will and hereby does move this Court under Fed. R. Civ. P. 37, L.R. 37-2.1, and this Court's inherent powers, for sanctions against Defendant Taco Bell Corp.  Plaintiff also moves this Court under L.R. 72-2.1 to review Magistrate Judge Arthur Nakazato's August 7, 2011 Order.

   The basis for Plaintiff's Motion for Sanctions is set forth in detail in the Parties' Joint Stipulation, Declarations, and exhibits attached thereto.  These documents are attached as exhibits to Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Motion for Sanctions.

   The basis for Plaintiff's Motion for Review is that the Magistrate Judge incorrectly found that discovery in this case closed on June 8, 2011 per Judge Carter's original Scheduling Order (Dkt. 76), despite the fact that 20 days prior, on May 19, 2011, this Court granted Plaintiff's Motion to Compel in limited part and ordered the Parties to engage in discovery.  (*See* Dkt. 120.)

   The Plaintiff's Motion is based on this Notice of Motion and Motion, Plaintiff's Memorandum of Points and Authorities in Support, the pleadings and other papers on file in this matter, and upon evidence or argument that may be presented at or before the hearing on this Motion.

   This motion is made following the conference of counsel pursuant to Local Rule 37-1, which took place on September 12, 2011, where Counsel for both Parties discussed the issues presented in this Motion.

Dated:  September 15, 2011              Respectfully Submitted,

PL.'S NOTICE OF MTN. & MTN. TO COMPEL              NO. SACV09-1097 DOC (ANX)

|   |   |
|---|---|
| 1 | TRACIE THOMAS, individually and on behalf of a class of similarly situated individuals, |
| 2 | |
| 3 | |
| 4 | /s/ Michael J. McMorrow<br>One of Plaintiff's Attorneys |

David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California   91403
(818) 990-1299 (phone)
(818) 501-7852 (facsimile)

Rafey Balabanian (admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Michael J. McMorrow (admitted *Pro Hac Vice*)
mjmcmorrow@edelson.com
EDELSON MCGUIRE LLC
350 N. LaSalle Street, Suite 1300
Chicago, Illinois 60654
(312) 589-6370 (phone)
(312) 589-6378 (facsimile)

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I, Michael J. McMorrow, an attorney, certify that on September 15, 2011, I served the above and foregoing *Plaintiff's Notice of Motion and Motion for Sanctions and for Review of the Magistrate Judge's September 7, 2011 Order* by causing true and accurate copies of such paper to be filed and transmitted to the persons registered to receive such notice via the Court's CM/ECF electronic filing system.

/s/  Michael J. McMorrow