Robert O'Brien (SBN 154372)
obrien.robert@arentfox.com
Steven E. Bledsoe (SBN 157811)
bledsoe.steven@arentfox.com
Steven A. Haskins (SBN 238865)
haskins.steven@arentfox.com
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213.629.7400
Facsimile:   213.629.7401

Attorneys for Defendant
TACO BELL CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TRACIE THOMAS, individually and on behalf of class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>TACO BELL CORP., a California corporation,<br><br>Defendants. | Case No.  SACV09-1097 CJC (ANx)<br><br>*Assigned to The Hon. Cormac J. Carney*<br><br>**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF TACO BELL CORP.'S MOTION FOR SUMMARY JUDGMENT**<br><br>[Filed concurrently with (1) Notice of Motion and Motion for Summary Judgment; (2) Declaration of Neil Borkan; (3) Declaration of Susan Viti; (4) Declaration of Steven A. Haskins; (5) Declaration of Bernadette Jones; (6) Declaration of Sherry Ostrowski; and (7) [Proposed] Judgment]<br><br>Date:           October 17, 2011<br>Time:          1:30 p.m.<br>Courtroom:  9B<br><br>Complaint Filed: September 15, 2009<br>Trial Date:         October 18, 2011 |

# STATEMENT OF UNCONTROVERTED FACTS
# AND CONCLUSIONS OF LAW

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
| --- | --- |
| 1. Taco Bell Corp. ("Taco Bell") is a for-profit corporation registered in the State of California, with its principal place of business in Irvine, California. | Jones Decl., ¶ 1. |
| 2. Taco Bell did not send the text message that Plaintiff allegedly received on October 11, 2005. | Jelley Depo., 50:6-13 [Haskins Decl., Ex. M][1]; Rosen Depo., 183:7-20 [Ex. A]; [Ex. Q]; *See* Fourth Amended Complaint (Dkt. No. 78) at p. 8:13-15. |
| 3. The Chicago Taco Bell Restaurant Owners Advertising Association (the "Chicago Association") is a non-profit corporation registered in the State of Illinois, with its principal place of business in Chicago, Illinois. | Borkan Decl., ¶ 3, and Ex. A thereto. |
| 4. The Chicago Association has twelve members, one of which is Taco Bell. | Borkan Decl., ¶ 6; Rosen Depo., 268:12-18. [Ex. A] |
| 5. The Chicago Association's Board of Directors has four directors, one of which is appointed by Taco Bell. | Borkan Decl., ¶ 5, and Ex. B thereto; Viti Decl., ¶ 2. |
| 6. The Chicago Association has observed corporate formalities. | Borkan Decl., ¶¶ 3-6; Viti Decl., ¶¶ 2, 3; [Haskins Decl., Exs., C, BB, CC]. |

---

[1] Lettered exhibits in brackets, e.g. "[Ex. A]," denote that the material can be found attached to the concurrently-filed declaration of Steven A. Haskins.

| | |
|---|---|
| 7. The Chicago Association was not obligated by Taco Bell to run any local promotion for chicken and steak Nachos BellGrande. | Viti Decl., ¶ 11; Borkan Decl., ¶ 7. |
| 8. The Chicago Association's Board of Directors, and a majority of the Chicago Association's members, approved the local promotion for chicken and steak Nachos BellGrande. | Borkan Decl., ¶¶ 11, 12; Rosen Depo., 61:16 – 62:18 [Ex. A]. |
| 9. The Chicago Association entered into a contract with ESW Partners to be the Chicago Association's advertising agency. | Borkan Decl., ¶ 8; Rosen Depo., 241:19-242:5 [Ex. A]; [Ex. B]. |
| 10. Taco Bell was not a party to the Chicago Association's contract with ESW Partners. | Rosen Depo., 241:19-242:5 [Ex. A]; [Ex. B]. |
| 11. ESW Partners developed the local promotion for chicken and steak Nachos BellGrande for the Chicago Association. | Borkan Decl., ¶¶ 9, 10; Rosen Depo., 259:20-260:15; 260:20-261:7, 272:12-17; 275:1-6 [Ex. A]; Ostrowski Decl., ¶ 4. |
| 12. ESW Partners and ipsh!net, Inc. ("Ipsh") entered into a contract to create and send the text message to publicize the local promotion for chicken and steak Nachos BellGrande for the Chicago Association. | Rosen Depo., 52:2-4, 62:19-22 [Ex. A]; [Ex. N]. |

| | |
|---|---|
| 13. Taco Bell was not a party to the contract between ESW and Ipsh. | [Ex. N]. |
| 14. Ipsh sent the text message that Plaintiff allegedly received on October 11, 2005. | Jelley Depo., 50:6-13[Ex. M]; *See* Fourth Amended Complaint (Dkt. No. 78), at p. 8:13-15. |
| 15. Taco Bell did not review or approve the sending of the text message that Plaintiff allegedly received on October 11, 2005. | Rosen Depo., 274:3 – 11 [Ex. A]; Jelley Depo., 166:25 – 167:22 [Ex. M]; Viti Decl., ¶¶ 14-15; Jones Decl., ¶ 4; [Exs. A-CC]. |

Dated: September 19, 2011   **ARENT FOX LLP**

By: */s/ Robert C. O'Brien*
Robert C. O'Brien
Steven E. Bledsoe
Attorneys for Defendant
TACO BELL CORP.