```
1   Robert O'Brien (SBN 154372)
    obrien.robert@arentfox.com
2   Steven E. Bledsoe (SBN 157811)
    bledsoe.steven@arentfox.com
3   Steven A. Haskins (SBN 238865)
    haskins.steven@arentfox.com
4   ARENT FOX LLP
    555 West Fifth Street, 48th Floor
5   Los Angeles, CA  90013-1065
    Telephone:  213.629.7400
6   Facsimile:   213.629.7401

7   Attorneys for Defendant
    TACO BELL CORP.
8
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| TRACIE THOMAS, individually and on behalf of class of similarly situated individuals,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TACO BELL CORP., a California corporation,<br><br>　　　　Defendants. | Case No.  SACV09-1097 CJC (ANx)<br><br>*Assigned to The Hon.Cormac J. Carney*<br><br>**DECLARATION OF BERNADETTE JONES IN SUPPORT OF TACO BELL CORP.'S MOTION FOR SUMMARY JUDGMENT**<br><br>[Filed concurrently with (1) Notice of Motion and Motion for Summary Judgment; (2) Statement of Uncontroverted Facts; (3) Declaration of Susan Viti; (4) Declaration of Steven A. Haskins; (5) Declaration of Neil Borkan; (6) Declaration of Sherry Ostrowski; and (7) [Proposed] Order<br><br>Date:　　　　October 17, 2011<br>Time:　　　　1:30 p.m.<br>Courtroom:　　9B<br><br>Complaint Filed:　September 15, 2009<br>Trial Date:　　　October 18, 2011 |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

SACV09-1097 CJC (ANx)　　　　　　　　　　　　　　　　DECLARATION OF BERNADETTE JONES

# DECLARATION OF BERNADETTE JONES

I, Bernadette Jones, hereby declare as follows:

1.  I am currently employed by Taco Bell Corp. ("Taco Bell"), a California corporation, located in Irvine, California.  I am currently employed by Taco Bell as the paralegal for intellectual property matters.  In 2005, I was employed by Taco Bell as an advertising compliance analyst.  I have personal knowledge of all facts stated herein, except where otherwise stated, and if called upon to do so, I can and will testify thereto.

2.  At all times since 2005, I have been responsible for reviewing advertising materials submitted on behalf of local advertising associations to ensure that the submitted materials meet Taco Bell's standards for the use of Taco Bell's trademarks and brand identity.

3.  On or about August 10, 2005, I received an email from Susan Viti, requesting that I review certain materials that the Chicago Taco Bell Restaurant Owners' Advertising Association (the "Chicago Association") intended to use as part of a local promotion.  A true and correct copy of this email is attached hereto as Exhibit A.  I understood that these materials were related to a local promotion the Chicago Association intended to run for Chicken and Steak Nachos BellGrande.

4.  Based on the information submitted on behalf of the Chicago Association, the promotion allowed customers to send text messages to vote for their favorite variety of Nachos BellGrande. The information for how customers could register their votes was included on bags, trayliners, and in the rules and regulations of the sweepstakes.  The materials that I received, however, did not include the language of any proposed text messages.

5.  The email included designs for special bags and trayliners, as well as rules and regulations of the promotion.  I reviewed these materials to ensure that Taco Bell's intellectual property was used consistently with Taco Bell's brand identity.

6. I did not procure from the Chicago Association, ESW Partners, or ipsh!net, Inc. a list of persons who were to receive the text message that is at issue in this litigation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*[signature]*

Bernadette Jones

# EXHIBIT A

Page 1 of 2

**Sander Rosen**

From: Arnoldt, Jennifer [Jennifer.Arnoldt@yum.com]
Sent: Wednesday, August 10, 2005 7:51 PM
To: Jones, Bernadette; Kalseim, Jennifer (ESW); Viti, Susan
Cc: Rosen, Sander (ESW); Smith, Jill; Chapman, Shawn
Subject: RE: Creative Approval Needed ASAP - Nachos BellGrande Bags/Trayliners

Approved by Brand Communications.

Jennifer M. Arnoldt
Taco Bell Brand Communications
ph: 949.863.4683
fax: 949.863.4923
jennifer.arnoldt@tacobell.com

---

From: Jones, Bernadette
Sent: Wednesday, August 10, 2005 4:29 PM
To: Kalseim, Jennifer (ESW); Viti, Susan
Cc: Rosen, Sander (ESW); Smith, Jill; Arnoldt, Jennifer
Subject: FW: Creative Approval Needed ASAP

Jennifer;

I have made a couple of minor revisions to the rules.   In addition, please include the following language to the creative:

- Any age or geographic restrictions
- Void where prohibited
- Sweepstakes start and end dates
- Odds of winning

Thanks,

Bernadette J. Jones
Advertising Compliance Analyst
Taco Bell Corp.
Ph: 949-863-4675
Fx: 949-863-3801
bernadette.jones@yum.com

-----Original Message-----
From: Viti, Susan
Sent: Wednesday, August 10, 2005 8:28 AM
To: Jones, Bernadette; Arnoldt, Jennifer
Cc: Kalseim, Jennifer (ESW); Rosen, Sander (ESW)
Subject: FW: Creative Approval Needed ASAP

Jennifer and Bernadette -
The attach materials have been approved by Field Marketing to support a in store contest to promote the Chicken and Steak Nacho Bell Grande window. There is a text messaging component to the promotion. Attached are the sweepstakes rules that have been approved by the ESW legal partners. The creative is due on August 15th, so your prompt attention would be appreciated.
Thanks!

8/11/2005

CA-0046

EXHIBIT A
PAGE 3

Page 2 of 2

Susan

-----Original Message-----
From: Jennifer Kalseim [mailto:jennifer.kalseim@eswpartners.com]
Sent: Wednesday, August 10, 2005 10:18 AM
To: Viti, Susan
Cc: Rosen, Sander (ESW)
Subject: Creative Approval Needed ASAP

Hi Susan-

Attached are the rules, artwork and creative approval form for the Chicago NGB sweepstakes. Sweepstakes will be supported via, bags, trayliners, radio tags and an email blast to local website members. Upon your approval please forward on to Legal and Brand Communications ASAP, as we have a quick turnaround on this. Sweepstakes rules have been through ESW legal.

Please call me if you have any questions.

Thank you!

Jennifer

Ebel Signorelli Welke
600 West Fulton
Suite 301
Chicago, IL 60661
312-762-7423 p
312-762-7449 f

8/11/2005

CA-0047

EXHIBIT A
PAGE 4