Robert C. O'Brien (SBN 154372)
obrien.robert@arentfox.com
Steven E. Bledsoe (SBN 157811)
bledsoe.steven@arentfox.com
Steven A. Haskins (SBN 238865)
haskins.steven@arentfox.com
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401

Attorneys for Defendant
TACO BELL CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TRACIE THOMAS, individually and on behalf of class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>TACO BELL CORP., a California corporation,<br><br>Defendants. | Case No. SACV09-1097 CJC (ANx)<br><br>*Assigned to The Hon. Cormac J. Carney*<br><br>**[PROPOSED] JUDGMENT GRANTING DEFENDANT TACO BELL CORP.'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S FOURTH AMENDED COMPLAINT**<br><br>[Filed concurrently with (1) Notice of Motion and Motion for Summary Judgment; (2) Statement of Uncontroverted Facts; (3) Declaration of Neil Borkan; (4) Declaration of Susan Viti; (5) Declaration of Steven A. Haskins; (6) Declaration of Sherry Ostrowski; and (7) Declaration of Bernadette Jones]<br><br>Date: October 17, 2011<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>Complaint Filed: September 15, 2009<br>Trial Date: October 18, 2011 |

# [PROPOSED] JUDGMENT

This matter having become before the Court on Taco Bell Corp.'s Motion for Summary Judgment (the "Motion") on the Fourth Amended Class Action Complaint, **IT IS HEREBY ORDERED** that:

The Motion is granted. Summary judgment on the Fourth Amended Class Action Complaint is hereby granted for Taco Bell Corp., for the reasons described in its motion.

**IT IS SO ORDERED.**

Dated: _____, 2011 _____
Hon. Cormac J. Carney
United States District Court Judge

Respectfully submitted,

Dated: September 19, 2011   **ARENT FOX LLP**

By:   */s/ Robert C. O'Brien*
Robert C. O'Brien
Steven E. Bledsoe
Attorneys for Defendant
TACO BELL CORP.