# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - ORDER

Case No.:   SACV 09-1097 CJC (ANx)                         Dated: September 19, 2011

Title:   Tracie Thomas v. Taco Bell
================================================================

Present: **Hon. Arthur Nakazato, United States Magistrate Judge**
(In Chambers - No Appearances)

| Stephen Ybarra | None |
|---|---|
| Deputy Clerk | Court Reporter |

**Proceedings:**   Taco Bell's motion for protective order ("Motion") (dkt. 126)

**Rulings:**   For the reasons discussed below, the Motion is denied without prejudice.

**Discussion:**

    Having read and considered the parties' respective papers relating to the Motion, the Court finds this matter is appropriate for disposition without a hearing. *See* Fed. R. Civ. P. 78; Local Rule 7-15. Therefore, the hearing date is vacated and off calendar, and the clerk is directed to notify the parties that no appearances are required.

    By way of its Motion, Taco Bell seeks an order directing that: (1) pursuant to the Scheduling Order entered by Judge Carter on July 29, 2010, the fact discovery deadline is closed; (2) Plaintiff shall not be allowed to take further discovery without prior leave of this Court; (3) Plaintiff has acted with the improper purposes of delay and harassment rather than in good faith while pursuing discovery in this case; and (4) Taco Bell shall file its summary judgment motion no later than 30 days after the issuance of the Court's order granting its Motion. (*See* Proposed Order at 2 (dkt. 126-1).)

    The Magistrate Judge has already found the fact discovery cut-off date has expired in considering Plaintiff's motion for sanctions. (*See* 9/7/11 Order (AN) (dkt. 129).) Further, discovery cut-off dates and other scheduling matters, particularly dates for case dispositive motions such as summary judgment motions, must be obtained from and set by the assigned District Judge. Accordingly, the Motion is denied without prejudice to Taco Bell applying to Judge Carney for a modification of the scheduling date for bringing a summary judgment motion.

cc:   JUDGE CARNEY
      All Parties                                           Initials of Deputy Clerk shy