UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 09-01097 CJC (ANx)            Date:  September 23, 2011

Title: <u>TRACIE THOMAS v. TACO BELL CORP.</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

<u>Nancy Boehme</u>                    <u>    N/A    </u>
Deputy Clerk                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                     None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** [filed 9/22/11]

     Plaintiff's *ex parte* application to continue the hearing on Defendant's Motion for Summary Judgment is GRANTED IN LIMITED PART.  The Court will determine the briefing schedule and hearing date for Defendant's motion after Plaintiff's motion scheduled for hearing on October 17, 2011 has been resolved.  In light of the continuance granted on the Motion for Summary Judgment, the dates for the trial and pretrial conference are VACATED and will be rescheduled after Defendant's motion is resolved.

jsk

MINUTES FORM 11
CIVIL-GEN                                                            Initials of Deputy Clerk nkb