Robert C. O'Brien (SBN 154372)
obrien.robert@arentfox.com
Steven E. Bledsoe (SBN 157811)
bledsoe.steven@arentfox.com
Steven A. Haskins (SBN 238865)
haskins.steven@arentfox.com
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401

Attorneys for Defendant
TACO BELL CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TRACIE THOMAS, individually and on behalf of class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>TACO BELL CORP., a California corporation,<br><br>Defendants. | Case No. SACV09-1097 CJC (ANx)<br><br>*Assigned to The Hon. Cormac J. Carney and The Hon. Arthur Nakazato*<br><br>**JOINT STIPULATION REGARDING REQUEST FOR SCHEDULING CONFERENCE**<br><br>Courtroom: 6B<br><br>Complaint Filed: September 15, 2009<br>Trial Date: October 18, 2011 |

# JOINT STIPULATION

Plaintiff Tracie Thomas ("Plaintiff") and Defendant Taco Bell Corp. ("Taco Bell"), by and through their undersigned counsel, hereby agree as follows:

WHEREAS, on October 6, 2011, Judge Cormac Carney issued an Order granting Plaintiff's motion for review of Magistrate Judge's September 7, 2011 Order and denying Plaintiff's motion for sanctions and denying Taco Bell's motion for Summary Judgment without prejudice;

WHEREAS, on October 17, 2011, the parties met and conferred, and agree that it is in the interests of both parties to participate in such a conference on the earliest date that is convenient for this Court;

WHEREAS, Taco Bell has no objection to Plaintiff appearing telephonically at the forthcoming scheduling conference;

WHEREAS, counsel for Plaintiff has consented to the use of his electronic signature on this stipulation;

THEREFORE, the Parties hereby request that Magistrate Judge Arthur Nakazato order the parties to participate in a scheduling conference at the earliest date that is convenient for Magistrate Judge Arthur Nakazato.

Dated: October 20, 2011        **ARENT FOX LLP**

By: */s/ Steven E. Bledsoe*
Robert C. O'Brien
Steven E. Bledsoe
Attorney for Defendant
TACO BELL CORP.

Dated: October 20, 2011        **EDELSON MCGUIRE LLP**

By: */s/ Michael J. McMorrow*
Michael J. McMorrow
Attorneys for Plaintiff
TRACIE THOMAS