1 Robert C. O'Brien (SBN 154372)
obrien.robert@arentfox.com
2 Steven E. Bledsoe (SBN 157811)
bledsoe.steven@arentfox.com
3 Steven A. Haskins (SBN 238865)
haskins.steven@arentfox.com
4 ARENT FOX LLP
555 West Fifth Street, 48th Floor
5 Los Angeles, CA 90013-1065
Telephone: 213.629.7400
6 Facsimile: 213.629.7401

7 Attorneys for Defendant
TACO BELL CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TRACIE THOMAS, individually and on behalf of class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>TACO BELL CORP., a California corporation,<br><br>Defendants. | Case No. SACV09-1097 CJC (ANx)<br><br>*Assigned to The Hon. Cormac J. Carney and The Hon. Arthur Nakazato*<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING REQUEST FOR SCHEDULING CONFERENCE**<br><br>Courtroom: 6B<br><br>Complaint Filed: September 15, 2009<br>Trial Date: October 18, 2011 |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

SACV09-1097 CJC (ANx)

[PROPOSED] ORDER GRANTING
JOINT STIP RE REQUEST FOR
SCHEDULING CONFERENCE

# [PROPOSED] ORDER

WHEREAS, the Court has reviewed the Joint Stipulation Regarding Request for Scheduling Conference filed by the parties, and finding good cause therefore, the Court hereby orders that a scheduling conference commence at _____, on _____, in Courtroom 6B of the above-captioned Court, located at 411 W. Fourth Street #1053, Santa Ana, CA 92701.

Dated: _____      _____
                            Magistrate Judge Arthur Nakazato

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

SACV09-1097 CJC (ANx)

[PROPOSED] ORDER GRANTING
JOINT STIP RE REQUEST FOR
SCHEDULING CONFERENCE