~~Robert C. O'Brien (SBN 154372)~~
~~obrien.robert@arentfox.com~~
~~Steven E. Bledsoe (SBN 157811)~~
~~bledsoe.steven@arentfox.com~~
~~Steven A. Haskins (SBN 238865)~~
~~haskins.steven@arentfox.com~~
~~ARENT FOX LLP~~
~~555 West Fifth Street, 48th Floor~~
~~Los Angeles, CA 90013-1065~~
~~Telephone: 213.629.7400~~
~~Facsimile: 213.629.7401~~

~~Attorneys for Defendant~~
~~TACO BELL CORP.~~

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| TRACIE THOMAS, individually and on behalf of class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>TACO BELL CORP., a California corporation,<br><br>Defendants. | Case No. SACV09-1097 CJC (ANx)<br><br>*Assigned to The Hon. Cormac J. Carney and The Hon. Arthur Nakazato*<br><br>**~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION REGARDING REQUEST FOR SCHEDULING CONFERENCE (as modified by the Court)**<br><br>DATE: October 27, 2011<br>TIME: 10:00 (Telephonic appearances)<br>~~Courtroom: 6B~~<br><br>Complaint Filed: September 15, 2009<br>Trial Date: October 18, 2011 |

SACV09-1097 CJC (ANx)

ORDER GRANTING
JOINT STIP RE REQUEST FOR
SCHEDULING CONFERENCE

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

# [PROPOSED] ORDER

WHEREAS, the Court has reviewed the Joint Stipulation Regarding Request for Scheduling Conference filed by the parties, and finding good cause therefore, the Court hereby orders that a telephonic scheduling conference commence at 10:00 a.m. on October 27, 2011. The purpose of the telephonic scheduling conference will be to set a mutually convenient discovery cut-off date that will provide Plaintiff with a reasonable time to take and complete discovery to determine whether Taco Bell approved or authorized the text messaging component of the 2005 advertising campaign for steak and chicken Nachos Bell Grande in the Chicago area, or communicated with individuals associated with the Chicago Area Taco Bell Restaurant Owners Advertising Association (the "Chicago Association"), the Chicago Association's Board of Directors, EWS Partners, LLC, or Ipsh!net, Inc., about the text messaging component of the 2005 advertising campaign for steak and chicken Nachos Bell Grande in the Chicago area. (See 5/19/11Order (CJC) at 2.)

Counsel for the parties shall forthwith provide Stephen Ybarra, the Courtroom Deputy Clerk, with a telephone number where they can be reached so the Court can set up the telephonic conference call. Counsel shall be available to participate telephonically on the aforementioned date and time.

Dated: October 24, 2011     _____
                            Magistrate Judge Arthur Nakazato

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

SACV09-1097 CJC (ANx)

ORDER GRANTING
JOINT STIP RE REQUEST FOR
SCHEDULING CONFERENCE