1   ~~Robert C. O'Brien (SBN 154372)~~
    ~~obrien.robert@arentfox.com~~
2   ~~Steven E. Bledsoe (SBN 157811)~~
    ~~bledsoe.steven@arentfox.com~~
3   ~~Steven A. Haskins (SBN 238865)~~
    ~~haskins.steven@arentfox.com~~
4   ~~ARENT FOX LLP~~
    ~~555 West Fifth Street, 48th Floor~~
5   ~~Los Angeles, CA  90013-1065~~
    ~~Telephone:   213.629.7400~~
6   ~~Facsimile:   213.629.7401~~

7   ~~Attorneys for Defendant~~
    ~~TACO BELL CORP.~~

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10
                         SOUTHERN DIVISION
11

12   TRACIE THOMAS, individually          Case No.  SACV09-1097 CJC (ANx)
     and on behalf of class of similarly
13   situated individuals,                *Assigned to The Hon. Cormac J. Carney*
                                          *and The Hon. Arthur Nakazato*
14              Plaintiff,

15         v.                             **[PROPOSED] ORDER GRANTING**
                                          **JOINT STIPULATION**
16   TACO BELL CORP., a California        **REGARDING REQUEST FOR**
     corporation,                         **SCHEDULING CONFERENCE (as**
17                                        **modified by the Court)**
                Defendants.
18                                        DATE: October 27, 2011
                                          TIME:  10:00 (Telephonic appearances)
19                                        ~~Courtroom:      6B~~

20                                        Complaint Filed:   September 15, 2009
                                          Trial Date:        October 18, 2011
21

22

23

24

25

26

27

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

SACV09-1097 CJC (ANx)

ORDER GRANTING
JOINT STIP RE REQUEST FOR
SCHEDULING CONFERENCE

1

### [PROPOSED] ORDER

2      WHEREAS, the Court has reviewed the Joint Stipulation Regarding Request

3 for Scheduling Conference filed by the parties, and finding good cause therefore,

4 the Court hereby orders that a telephonic scheduling conference commence at 10:00

5 a.m. on October 27, 2011. The purpose of the telephonic scheduling conference will

6 be to set a mutually convenient discovery cut-off date that will provide Plaintiff

7 with a reasonable time to take and complete discovery to determine whether Taco

8 Bell approved or authorized the text messaging component of the 2005 advertising

9 campaign for steak and chicken Nachos Bell Grande in the Chicago area, or

10 communicated with individuals associated with the Chicago Area Taco Bell

11 Restaurant Owners Advertising Association (the "Chicago Association"), the

12 Chicago Association's Board of Directors, EWS Partners, LLC, or Ipsh!net, Inc.,

13 about the text messaging component of the 2005 advertising campaign for steak and

14 chicken Nachos Bell Grande in the Chicago area. (See 5/19/11Order (CJC) at 2.)

15      Counsel for the parties shall forthwith provide Stephen Ybarra, the

16 Courtroom Deputy Clerk, with a telephone number where they can be reached so

17 the Court can set up the telephonic conference call. Counsel shall be available to

18 participate telephonically on the aforementioned date and time.

19

20

21

Dated:  October 24, 2011

22      _____

Magistrate Judge Arthur Nakazato

23

24

25

26

27

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

SACV09-1097 CJC (ANx)

ORDER GRANTING
JOINT STIP RE REQUEST FOR
SCHEDULING CONFERENCE