SUZANNE HAVENS BECKMAN
shavens@parisihavens.com
AZITA MORADMAND
amoradmand@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Dr., Sherman Oaks, CA 91403
T: (818) 990-1299

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACIE THOMAS, individually and on behalf of a class of similarly situated individuals,<br><br>PLAINTIFF(S)<br><br>v.<br><br>TACO BELL CORP., a California corporation,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV-09-1097 CJC (ANx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Application to File Document Under Seal and Proposed Order Granting Application to File Document Under Seal; Confidential Exhibit N to Declaration of Michael J. McMorrow filed in connection with Plaintiff's Ex Parte Application (Docket No. 154)

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  Application to File Document Under Seal and Proposed Order Granting Application to File Document Under Seal

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

| | |
|---|---|
| December 28, 2011<br>Date | Azita Moradmand<br>Attorney Name<br><br>Plaintiff Tracie Thomas<br>Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)          **NOTICE OF MANUAL FILING**