John C. Ochoa
Edelson McGuire LLC
350 N. LaSalle Street, Suite 1300
Chicago, IL 60654

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tracie Thomas<br><br>Plaintiff(s)<br>v.<br>Taco Bell Corp.<br><br>Defendant(s). | CASE NUMBER<br><br>09-cv-1097 CJC (AN)<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE: Effective July 26, 2010, the fee for *Pro Hac Vice* Appearance is $275.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, John C. Ochoa , hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant: Tracie Thomas by whom I have been retained.

My business information is:
Edelson McGuire LLC
*Firm Name*

350 N. LaSalle Street, Suite 1300
*Street Address*

Chicago, Illinois 60654          jochoa@edelson.com
*City, State, Zip*                *E-Mail Address*

312-589-6370                      312-589-6378
*Telephone Number*                *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| Illinois Supreme Court | November 4, 2010 |
| United States District Court for the Northern District of Illinois | November 22, 2010 |
| United States Court of Appeals for the Seventh Circuit | January 24, 2011 |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate  Suzanne Havens-Beckman  as local counsel, whose business information is as follows:

Parisi & Havens LLP
*Firm Name*

15233 Valleyheart Drive
*Street Address*

Sherman Oaks, California 91403          shavens@parisihavens.com
*City, State, Zip*                              *E-Mail Address*

(818) 990-1299                 (818) 501-7852
*Telephone Number*               *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated   1/27/12

John C. Ochoa
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated  1/27/2012

Suzanne Havens-Beckman
*Designee's Name (please print)*

*Designee's Signature*

188814
*Designee's California State Bar Number*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

John C Ochoa
Edelson McGuire LLC
350 North LaSalle Street
Suite 1300
Chicago, IL 60654-7582

Chicago
Wednesday, January 25, 2012

Re:   John C Ochoa
      Attorney No. 6302680

To Whom It May Concern:

    We have received a request for written verification of the status of John C Ochoa for use by officials responsible for the review of the attorney's application for admission to the bar of another jurisdiction, or for a judicial position or for government employment. We have also received a Waiver and Authorization signed by the attorney. Pursuant to Commission policy, the following information is provided.

    The records of the Clerk of the Supreme Court of Illinois and of this office reflect that John C Ochoa was admitted to practice law in Illinois on 11/4/2010; is currently registered with this Commission and in good standing as an Illinois attorney; has never been disciplined or the subject of a disciplinary proceeding in this state; and is not the subject of any pending disciplinary investigations.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Andrew Oliva
Deputy Registrar

AO