John C. Ochoa

Edelson McGuire LLC

350 N. LaSalle Street, Suite 1300

Chicago, IL 60654

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Tracie Thomas | CASE NUMBER: 09-cv-1097 CJC (AN) |
|---|---|
| Plaintiff(s) | |
| v. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Taco Bell Corp. | |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of ___John C. Ochoa___, of ___Edelson McGuire LLC, 350 N. LaSalle St., Ste.1300  Chicago, IL 60654___
      *Applicant's Name*                                              *Firm Name / Address*

      312-589-6370                                          jochoa@edelson.com
    *Telephone Number*                                              *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  Plaintiff Tracie Thomas.

☐ Intervener or other interested person _____

and the designation of ___Suzanne Havens-Beckman, SBN 188814___
                                   *Local Counsel Designee /State Bar Number*

of ___Parisi & Havens LLP 15233 Valleyheart Drive Sherman Oaks, CA 91403___
                                 *Local Counsel Firm / Address*

      818-990-1299                                       shavens@parisihavens.com
    *Telephone Number*                                              *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

    ☐ GRANTED

    ☐ DENIED.  Fee shall be returned by the Clerk.

    ☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____                     _____
                                                            U. S. District Judge/U.S. Magistrate Judge