David C. Parisi (SBN 162248)
dparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California   91403
(818) 990-1299 (phone)
(818) 501-7852 (facsimile)

Rafey Balabanian (admitted *Pro Hac Vice*)
rbalabanian@edelson.com
John C. Ochoa (*Pro Hac Vice* pending)
jochoa@edelson.com
EDELSON MCGUIRE LLC
350 N. LaSalle Street, Suite 1300
Chicago, Illinois 60654
(312) 589-6370 (phone)
(312) 589-6378 (facsimile)

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TRACIE THOMAS, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>TACO BELL CORP., a California corporation,<br><br>Defendants. | **Case No.: SACV09-1097 CJC(AN)**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR REVIEW OF THE MAGISTRATE JUDGE'S JANUARY 12, 2012 ORDER**<br><br>**Discovery Cut-off Date: January 17, 2012**<br><br>**Pretrial Conference Date:**<br><br>**Trial Date:**<br><br>Judge: Hon. Cormac J. Carney |

[PROPOSED] ORDER                                   NO. SACV09-1097 DOC (AN)

1  Plaintiff's Motion for Review of the Magistrate Judge's January 12, 2012
2  Order, has come before this Court, and the Court has considered the Application.
3  Based on the foregoing, for good cause shown,
4  IT IS HEREBY ORDERED that:
5  The Magistrate Judge's January 12, 2012 Order denying Plaintiff's *ex parte*
6  Application is reversed, and Plaintiff's *ex parte* Application is granted.  Defendant
7  shall produce, in the next 30 days, any documents evidencing payment it made
8  through its National Advertising Funds Administration division related to the 2005
9  text message marketing campaign for steak and chicken Nachos Bell Grande in the
10 Chicago area.

12  IT IS SO ORDERED.

14  DATED:_____         _____
15                                         Hon. Cormac J. Carney
                                           United States District Judge

[PROPOSED] ORDER                                          NO. SACV09-1097 DOC (AN)