John C. Ochoa
Edelson McGuire LLC
350 N. LaSalle Street, Suite 1300
Chicago, IL 60654

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tracie Thomas<br><br>Plaintiff(s)<br>v.<br><br>Taco Bell Corp.<br><br>Defendant(s). | CASE NUMBER: 8:09-cv-1097 CJC (ANx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of   John C. Ochoa  , of Edelson McGuire LLC, 350 N. LaSalle St., Ste.1300  Chicago, IL 60654
*Applicant's Name* — *Firm Name / Address*

312-589-6370                                                                jochoa@edelson.com
*Telephone Number*                                                          *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  Plaintiff Tracie Thomas.

☐ Intervener or other interested person

and the designation of       Suzanne Havens-Beckman, SBN 188814
*Local Counsel Designee /State Bar Number*

of  Parisi & Havens LLP 15233 Valleyheart Drive Sherman Oaks, CA 91403
*Local Counsel Firm / Address*

818-990-1299                                                                shavens@parisihavens.com
*Telephone Number*                                                          *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

X GRANTED

☐ DENIED.  Fee shall be returned by the Clerk.

☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated  1/31/12

_____
U. S. District Judge

---

G–64 ORDER (11/10)        **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**