# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tracie Thomas<br>Plaintiff(s)<br>v.<br>Taco Bell Corp.<br>Defendant(s). | CASE NUMBER: 09-cv-1097 CJC (AN)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT<br>ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of  Evan M. Meyers, of Edelson McGuire LLC, 350 N. LaSalle St., Ste.1300  Chicago, IL 60654

　　　　*Applicant's Name*　　　　　　　　　　　　　　*Firm Name / Address*

　　　312-589-6370　　　　　　　　　　　　　　　　emeyers@edelson.com
　　　*Telephone Number*　　　　　　　　　　　　　*E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  Plaintiff Tracie Thomas.

☐ Intervener or other interested person _____

and the designation of    Suzanne Havens-Beckman, SBN 188814
　　　　　　　　　　　　　*Local Counsel Designee /State Bar Number*

of  Parisi & Havens LLP 15233 Valleyheart Drive Sherman Oaks, CA 91403
　　　　　　　　　　　　　*Local Counsel Firm / Address*

　　　818-990-1299　　　　　　　　　　　　　shavens@parisihavens.com
　　　*Telephone Number*　　　　　　　　　　　*E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

　　☐ GRANTED

　　☐ DENIED.  Fee shall be returned by the Clerk.

　　☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

　Dated _____　　　　　　　　　　_____

U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (11/10)    **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**