UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 09-01097-CJC(ANx)     Date: February 21, 2012

Title: TRACIE THOMAS v. TACO BELL CORP.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                         None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING PLAINTIFF'S MOTION FOR REVIEW OF MAGISTRATE JUDGE'S ORDER DATED JANUARY 11, 2012** [filed 1/26/12]

Having read and considered the papers presented by the parties, the Court finds this matter appropriate for disposition without a hearing. *See* Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing set for February 27, 2012 at 1:30 p.m. is hereby vacated and off calendar.

By order dated January 11, 2012, United States Magistrate Judge Arthur Nakazato denied Plaintiff Tracie Thomas's *ex parte* application for evidentiary sanctions and "additional discovery-related relief" pursuant to Federal Rules of Civil Procedure 26, 37, 11, and the Court's inherent power. (*See* Pl.'s Ex Parte App., Dkt. No. 154, at 12.) Judge Nakazato found that such emergency relief was unwarranted because Ms. Thomas' need for the requested relief was due to her own failure to timely commence her suit, file an adequate complaint, and conduct diligent discovery. (Dkt. No. 158.) Judge Nakazato further found that, contrary to Ms. Thomas' assertions, Defendant Taco Bell Corp ("Taco Bell") has not "withheld any other pertinent information." (*Id.*)

Judge Nakazato's ruling is not "clearly erroneous or contrary to law." *Rivera v. NIBCO, Inc.*, 364 F.3d 1057, 1061 (9th Cir. 2004) (citing Fed. R. Civ. P. 72(a)). Judge Nakazato's order is responsive to Ms. Thomas' *ex parte* request for sanctions and "discovery-related relief" due to the alleged withholding of requested documents. First,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 09-01097-CJC(ANx)            Date: February 21, 2012
                                                                              Page 2

Judge Nakazato correctly found that Ms. Thomas failed to satisfy the requirements for *ex parte* relief because her own failure to properly plan and pursue the prosecution of her case created an "emergency" of her own making. *See Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488, 492–93 (C.D. Cal. 1995) ("[I]t must be established that the moving part is without fault in creating the crisis that requires ex parte relief, or that the crisis occurred as a result of excusable neglect."). Second, contrary to Ms. Thomas' allegations in her motion for review, Judge Nakazato did review and address the issue of whether Taco Bell failed to produce pertinent documents and he concluded that it did not do so.

       For the foregoing reasons, Ms. Thomas' motion is DENIED.


jsk

MINUTES FORM 11
CIVIL-GEN                                                            Initials of Deputy Clerk MU