# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| TRACIE THOMAS, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>TACO BELL CORP., a California corporation,<br><br>Defendants. | **Case No.: SACV09-1097 CJC(AN)**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND TO RESET BRIEFING SCHEDULE**<br><br>Judge: Hon. Cormac J. Carney |

1    The Court, having read and considered Plaintiffs' *Ex Parte* Application to

2 Continue Hearing Date on Defendant's Motion for Summary Judgment and to Reset

3 Briefing Schedule, and with good cause appearing therefore, hereby ORDERS that:

4

5    Plaintiff's Application is GRANTED.  The hearing date on Defendant's

6 Motion for Summary Judgment is reset for April 23, 2012.  Plaintiff's brief in

7 Opposition to Defendant's Motion for Summary Judgment is due on April 2, 2012.

8

9

10    IT IS SO ORDERED.

11

12 DATED:_____                    _____

13                                        Hon. Cormac J. Carney
                                          United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28