# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| TRACIE THOMAS, individually, and on behalf of a class of similarly situated individuals,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>TACO BELL CORP., a California corporation,<br><br>　　　　　　　Defendants. | Case No.: SACV09-1097 CJC(ANx)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND TO RESET BRIEFING SCHEDULE<br><br>Judge: Hon. Cormac J. Carney |

　　　　The Court, having read and considered Plaintiffs' *Ex Parte* Application to Continue Hearing Date on Defendant's Motion for Summary Judgment and to Reset Briefing Schedule, and with good cause appearing therefore, hereby ORDERS that:

　　　　Plaintiff's Application is GRANTED. The hearing date on Defendant's Motion for Summary Judgment is reset for April 23, 2012 at 1:30 p.m. Plaintiff's brief in Opposition to Defendant's Motion for Summary Judgment is due on April 2, 2012.

　　　　IT IS SO ORDERED.

DATED: 3/15/12

_____
Hon. Cormac J. Carney
United States District Judge