Stephen G. Larson (SBN 145225)
larson.stephen@arentfox.com
Robert C. O'Brien (SBN 154372)
obrien.robert@arentfox.com
Steven E. Bledsoe (SBN 157811)
bledsoe.steven@arentfox.com
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401

Attorneys for Defendant
TACO BELL CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TRACIE THOMAS, individually and on behalf of class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>TACO BELL CORP., a California corporation, et. al,<br><br>Defendants. | Case No. SACV09-1097 DOC (ANx)<br><br>*Assigned to The Hon. Cormac J. Carney*<br><br>**DEFENDANT TACO BELL CORP.'S OBJECTIONS TO DECLARATION OF MCMORROW**<br><br>**[Concurrently filed with<br>(1) Defendant's Reply; and<br>(2) Defendant's Response to Statement of Genuine Disputes]**<br><br>Date: April 23, 2012<br>Time: 1:30 PM<br>Courtroom: 9B<br><br>Complaint Filed: September 15, 2009<br>Trial Date: TBA |

Defendant Taco Bell Corp. ("Taco Bell") hereby objects to the Declaration of Michael J. McMorrow (Dkt. No. 173-2) on the following grounds[1]:

| | | |
|---|---|---|
| 1. | McMorrow Decl. ¶ 2, Ex. A thereto at 68:22-25 - 69:1-4. | Lacks Foundation; Violates Best Evidence Rule, pursuant to Federal Rule of Evidence ("FRE") 1002; Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 2. | McMorrow Decl. ¶ 2, Ex. A thereto at 111:10-23. | Lacks Foundation; Violates Best Evidence Rule, pursuant to Federal Rule of Evidence ("FRE") 1002; Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 3. | McMorrow Decl. ¶ 3, Ex. B thereto at 310:20-24 – 311:1-18. | Lacks Foundation; Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 4. | McMorrow Decl. ¶ 2, Ex. A thereto at 31:15-16. | Lacks Foundation; Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 5. | McMorrow Decl. ¶ 2, Ex. A thereto at 71:13-22. | Lacks Foundation; Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 6. | McMorrow Decl. ¶ 3, Ex. B thereto at 296:16-297:18. | Lacks Foundation; Not Relevant to Taco Bell's Motion for Summary Judgment. |

---

[1] The substantive deficiencies in with the evidence presented by Plaintiff are compounded by Plaintiff's failure to comply with Local Rules 11-5.2 and 11-5.3 governing the presentation of paper exhibits, despite asking for, and receiving, an additional two weeks to submit an opposition brief. Plaintiff's haphazard presentation of evidence has prejudiced Taco Bell by making it difficult to determine the relevance of or foundation for the provisions cited in his brief. *See also Keenan v. Allan,* 91 F.3d 1275 (9th Cir. 1996) (counsel that submitted unpaginated, disorganized excerpt of record that "obfuscates rather than promotes an understanding of the facts, [] has assisted neither the court nor his clients").

| | | |
|---|---|---|
| 7. | McMorrow Decl. ¶ 4, Ex. C thereto at 53:4-24. | Lacks Foundation; Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 8. | McMorrow Decl. ¶ 5, Ex. D thereto at 65:5-22. | Lacks Foundation; Violates Best Evidence Rule, pursuant to Federal Rule of Evidence ("FRE") 1002; Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 9. | McMorrow Decl. ¶ 6, Ex. E thereto at 14:7-12. | Lacks Foundation; Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 10. | McMorrow Decl. ¶ 2, Ex. A thereto at 31:24-32:4. | Lacks Foundation; Constitutes Improper Legal Conclusion; Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 11. | McMorrow Decl. ¶ 6, Ex. E thereto at 11:3-13; 23:24-24:5. | Lacks Foundation; Constitutes Improper Legal Conclusion; Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 12. | McMorrow Decl. ¶ 2, Ex. A thereto at 88:21-89:2. | Lacks Foundation; Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 13. | McMorrow Decl. ¶ 2, Ex. A thereto at 28:22-25; 31:24-32:4; 47:22-48:5. | Lacks Foundation; Constitutes Improper Legal Conclusion; Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 14. | McMorrow Decl. ¶ 3, Ex. B thereto at 267:11-13; 268:12-14. | Lacks Foundation; Constitutes Improper Legal Conclusion; Not Relevant to Taco Bell's Motion for Summary Judgment. |

| | | |
|---|---|---|
| 15. | McMorrow Dec. ¶ 7, Ex. F thereto at 19:15-24. | Lacks Foundation; Violates Best Evidence Rule, pursuant to Federal Rule of Evidence ("FRE") 1002; Constitutes Improper Legal Conclusion; Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 16. | McMorrow Decl. ¶ 7, Ex. F thereto at 27:24-28:3; 78:4-15. | Lacks Foundation; Constitutes Improper Legal Conclusion; Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 17. | McMorrow Decl. ¶ 7, Ex. F thereto at 23:11-25, 25-27. | Lacks Foundation; Constitutes Improper Legal Conclusion; Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 18. | McMorrow Decl.¶ 5, Ex. D thereto at 21:6-7. | Lacks Foundation; Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 19. | McMorrow Decl. ¶ 7, Ex. F thereto at 9:16-10:20; 38:18-39:6; 42:13-19; 70:3-6. | Lacks Foundation; Constitutes Improper Legal Conclusion; Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 20. | McMorrow Decl. ¶ 7, Ex. F thereto at 45:6-15; 58:23-25. | Lacks Foundation; Constitutes Improper Legal Conclusion; Violates the Best Evidence Rule, pursuant to Federal Rule of Evidence ("FRE") 1002; Not Relevant to Taco Bell's Motion for Summary Judgment. |

| | | |
|---|---|---|
| 21. | McMorrow Decl. ¶ 7, Ex. F thereto at 52:5-15; 54:15-56:6. | Lacks Foundation; Constitutes Improper Legal Conclusion; Violates the Best Evidence Rule, pursuant to Federal Rule of Evidence ("FRE") 1002; Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 22. | McMorrow Decl. ¶ 7, Ex. F thereto at 53:12-54:3; 56:1-25; 58:1-8; 62:21-64:4. | Lacks Foundation; Constitutes Improper Legal Conclusion; Violates the Best Evidence Rule, pursuant to Federal Rule of Evidence ("FRE") 1002; Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 23. | McMorrow Decl. ¶ 7, Ex. F thereto at 38:18-39:6; 70-3-6. | Lacks Foundation; Constitutes Improper Legal Conclusion; Violates the Best Evidence Rule, pursuant to Federal Rule of Evidence ("FRE") 1002; Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 24. | McMorrow Decl. ¶ 8, Ex. G thereto at 20:12-21-6; 52:4-17. | Lacks Foundation; Constitutes Improper Legal Conclusion; Inadmissible Hearsay pursuant to FRE 802; Not Relevant to Taco Bell's Motion for Summary Judgment. |

| | | |
|---|---|---|
| 25. | McMorrow Decl. ¶ 3, Ex. B thereto at 302:6-18. | Lacks Foundation; Inadmissible Lacks Foundation; Hearsay pursuant to FRE 802; Violates the Best Evidence Rule pursuant to FRE 1002; Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 26. | McMorrow Decl. ¶ 5, Ex. D thereto at 76:19-25. | Lacks Foundation; Hearsay pursuant to FRE 802; Violates the Best Evidence Rule pursuant to FRE 1002; Constitutes Inadmissible Hearsay pursuant to FRE 802; Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 27. | McMorrow Decl. ¶ 4, Ex. C thereto at 43:13-23; 46:15-47:2; 195 17-196:2. | Lacks Foundation; Constitutes Inadmissible Hearsay pursuant to FRE 802; Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 28. | McMorrow Decl. ¶ 9, Ex. H thereto. | Lacks Foundation; Inadmissible Hearsay pursuant to FRE 802; Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 29. | McMorrow Decl. ¶ 10, Ex. I thereto. | Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 30. | McMorrow Decl. ¶ 11, Ex. J thereto. | Not Relevant to Taco Bell's Motion for Summary Judgment. |

| | |
|---|---|
| 31. McMorrow Decl. ¶ 12, Ex. K thereto. | Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 32. McMorrow Decl. ¶ 13, Ex. L thereto. | Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 33. McMorrow Decl. ¶ 14, Ex. M thereto. | Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 34. McMorrow Decl. ¶ 15, Ex. N thereto. | Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 35. McMorrow Decl. ¶ 16, Ex. O thereto. | Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 36. McMorrow Decl. ¶ 17, Ex. P thereto. | Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 37. McMorrow Decl. ¶ 18, Ex. Q thereto. | Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 38. McMorrow Decl. ¶ 20, Ex. S thereto. | Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 39. McMorrow Decl. ¶ 21, Ex. T thereto. | Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 40. McMorrow Decl. ¶ 22, Ex. U thereto. | Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 41. McMorrow Decl. ¶ 24, Ex. W thereto. | Not Relevant to Taco Bell's Motion for Summary Judgment. |
| 42. McMorrow Decl. ¶ 25, Ex. X thereto. | Not Relevant to Taco Bell's Motion for Summary Judgment. |

| | | |
|---|---|---|
| 1 | Dated: April 9, 2012 | **ARENT FOX LLP** |
| 2 | | |
| 3 | | By:   */s/ Stephen G. Larson* |
| 4 | | Stephen G. Larson<br>Robert C. O'Brien |
| 5 | | Steven E. Bledsoe<br>Attorneys for Defendant |
| 6 | | TACO BELL CORP. |