UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 09-01097-CJC(ANx)            Date: April 19, 2012

Title: <u>TRACIE THOMAS v. TACO BELL CORP.</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                   None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** [filed 3/12/12]

       Having read and considered the papers presented by the parties, the Court finds this matter appropriate for disposition without a hearing. *See* Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing set for April 23, 2012 at 1:30 p.m. is hereby vacated and off calendar.

       On September 15, 2009, Plaintiff Tracie Thomas initiated a class action suit against Defendant Taco Bell Corp. ("Taco Bell") under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. §227. Her suit was based on an October 2005 text message marketing campaign conducted by the Chicago Area Taco Bell Owners Advertising Association ("Chicago DMA") targeting approximately 17,000 individuals in the Chicago area.

       Taco Bell has moved for summary judgment pursuant to Federal Rule of Civil Procedure 56, on the grounds that Ms. Thomas cannot prove an essential element of her claim: that Taco Bell initiated or sent the text message, or that it can be held vicariously liable for doing so. However, Ms. Thomas has presented sufficient evidence to create a genuine issue of fact as to whether Taco Bell can be held vicariously liable for initiating or sending the text message. For example, Ms. Thomas has presented evidence that indicates that Taco Bell was a member of the Chicago DMA, appointed one of the four directors of the Chicago DMA, and in fact voted in favor of the text message advertising

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 09-01097-CJC(ANx)          Date: April 19, 2012
         Page 2

---

campaign that resulted in the message received by Ms. Thomas. This issue is best reserved for trial as the Court cannot weigh conflicting evidence on a motion for summary judgment. Accordingly, Taco Bell's motion is DENIED.

jsk

MINUTES FORM 11
CIVIL-GEN          Initials of Deputy Clerk MU