David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California   91403
(818) 990-1299 (phone)
(818) 501-7852 (facsimile)

*Counsel for Plaintiff Tracie Thomas*
(Additional Counsel Appear below Signature)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| TRACIE THOMAS, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>TACO BELL CORP., a California corporation,<br><br>Defendant. | Case No.: SACV09-1097 CJC(AN)<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**<br><br>**Date:** N/A<br>**Time:** N/A<br><br>Judge: Hon. Cormac J. Carney |

Pursuant to Local Rule 83-1.4, Plaintiff Thomas submits this Notice of Pendency of Other Action or Proceeding to give notice of the following action: *Jason Ibey, et al. v. Taco Bell Corp.*, No. 12-CV-0583-H-WVG, pending in U.S. District Court for the Southern District of California. The *Ibey* action was commenced in the Southern District of California on March 8, 2012 and involves "all or a material part" of the instant case pending before this Court. Copies of this filing will be provided to the Court and record counsel in that action.

The *Ibey* action is a putative class action purportedly brought on behalf of recipients nationwide of unsolicited text message advertisements sent on behalf of Taco Bell. The only named defendant is Taco Bell, and the plaintiff class seeks to recover for alleged violation of the Telephone Consumer Protection Act (47 U.S.C. § 227 *et seq.*).

In accordance with L.R. 83-1.4, Plaintiff provides the following information:

**(a)   A description sufficient to identify all other actions or proceedings**

The other proceeding is titled *Jason Ibey, et al. v. Taco Bell Corp.*  It is pending before the Honorable Marilyn L. Huff in the Southern District of California, Case No. 12-CV-0583-H-WVG.

**(b)   The title of the court or administrative body in which the other actions or proceedings are pending**

United States District Court for the Southern District of California.

**(c)   The names of the parties or participants in such other actions or proceedings**

Plaintiff Jason Ibey, individually and on behalf of a class of similarly situated individuals.

Defendant Taco Bell Corp.

**(d) The names, addresses and telephone numbers of the attorneys in such other actions or proceedings**

Kazerouni Law Group, APC
Abbas Kazerounian, Esq.
S. Mohammad Kazerouni, Esq.
Assal Assassi, Esq.
2700 North Main Street, Suite 1000
Santa Ana, CA 92705
Tel: 800-400-6808; Fax: 800-520-5523
ak@kazlg.com; mike@kazlg.com; assal@kazlg.com
Counsel for Plaintiff Jason Ibey

Hyde & Swigart
Joshua B. Swigart, Esq.
Robert L. Hyde, Esq.
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Tel: 619-233-7770; Fax: 619-297-1022
josh@westcoastlitigation.com; bob@westcoastlitigation.com
Counsel for Plaintiff Jason Ibey

Greenberg Traurig, LLP
Ian C. Ballon
Wendy M. Mantell
Nina D. Boyajian
1840 Century Park East, 19th Floor
Los Angeles, CA 90067-2101
Tel: 310-586-7700; Fax: 310-586-7800
E-Mail: Ballon@gtlaw.com; MantellW@gtlaw.com; BoyajianN@gtlaw.com
Counsel for Defendant Taco Bell Corp.

**(e) A brief factual statement setting forth the basis for the attorney's belief that the action involves all or a material part of the subject matter of such other actions or proceedings**

1  Both the individual claims of Thomas and of Ibey arise from the alleged
2  transmission of unauthorized text message advertisements on behalf of
3  Defendant Taco Bell.  A copy of the First Amended Complaint in the *Ibey*
4  action (the "*Ibey* Complaint") is attached hereto.

5  In addition, the class described in the *Ibey* Complaint ("all persons within
6  the United States who received any unsolicited confirmatory text messages
7  and/or any other unsolicited text messages from Defendant after any class
8  member sent a reply text message, 'STOP,' to Defendant in response to a text
9  message sent by Defendant, which text message was not made for emergency
10 purposes or with the recipient's prior express consent, within the four years
11 prior to the filing of this Complaint") is a subset of the class described in
12 Plaintiff Thomas's Fourth Amended Complaint ("all persons in the United
13 States and its Territories who received one or more unauthorized text message
14 advertisements on behalf of Taco Bell since September 15, 2005.")  *See* Dkt.
15 78.

17 Dated: May 16, 2012

Respectfully submitted,

TRACIE THOMAS, individually
and on behalf of a class of similarly
situated individuals

BY: /s/ John C. Ochoa
     One of her attorneys

David C. Parisi
dparisi@parisihavens.com
Suzanne Havens Beckman
shavens@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California  91403
(818) 990-1299 (phone)
(818) 501-7852 (facsimile)

Evan Meyers (Admitted *Pro Hac Vice*)

1 | emeyers@edelson.com
  | John Ochoa (Admitted *Pro Hac Vice*)
2 | jochoa@edelson.com
  | EDELSON MCGUIRE LLC
3 | 350 N. LaSalle Street, Suite 1300
  | Chicago, Illinois 60654
4 | (312) 589-6370 (phone)
  | (312) 589-6378 (facsimile)

5 | Michael J. McMorrow (Admitted *Pro Hac Vice*)
  | mjmcmorrow@smithmcmorrow.com
6 | SMITH & MCMORROW P.C.
  | 53 West Jackson Blvd., Suite 1018
7 | Chicago, IL 60604
  | (312) 546-6139 (phone)
8 | (888) 664-8172 (facsimile)

9 | *Attorneys for Plaintiff Tracie Thomas*

# CERTIFICATE OF SERVICE

I, John C. Ochoa, an attorney, certify that on May 16, 2012, I served the above and foregoing *Notice of Pendency of Other Action or Proceeding,* by causing true and accurate copies of such paper to be filed and transmitted to the persons registered to receive such notice via the Court's CM/ECF electronic filing system.

/s/  John C. Ochoa