| | |
|---|---|
| 1 | Stephen G. Larson (SBN 145225) |
|   | larson.stephen@arentfox.com |
| 2 | Robert C. O'Brien (SBN 154372) |
|   | obrien.robert@arentfox.com |
| 3 | Steven E. Bledsoe (SBN 157811) |
|   | bledsoe.steven@arentfox.com |
| 4 | **ARENT FOX LLP** |
|   | 555 West Fifth Street, 48th Floor |
| 5 | Los Angeles, CA 90013-1065 |
|   | Telephone: 213.629.7400 |
| 6 | Facsimile: 213.629.7401 |
| 7 | Attorneys for Defendant |
|   | TACO BELL CORP. |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| TRACIE THOMAS, individually and on behalf of class of similarly situated individuals, | Case No. SACV09-1097 CJC (ANx) |
| | *Assigned to The Hon. Cormac J. Carney* |
| Plaintiff, | **DEFENDANT TACO BELL CORP.'S NOTICE OF LODGING OF [PROPOSED] JUDGMENT** |
| v. | |
| TACO BELL CORP., a California corporation, | |
| | Complaint Filed: September 15, 2009 |
| Defendants. | Trial Date: TBA |

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2  **PLEASE TAKE NOTICE** that defendant Taco Bell Corp. hereby submits

3  the [Proposed] Judgment attached hereto as Exhibit A.

4

5  Respectfully submitted,

6  Dated: July 9, 2012                    **ARENT FOX LLP**

7

8                                          By:     */s/ Stephen G. Larson*
9                                                  Stephen G. Larson
                                                   Attorneys for Defendant
10                                                 TACO BELL CORP.