Stephen G. Larson (SBN 145225)
larson.stephen@arentfox.com
Robert C. O'Brien (SBN 154372)
obrien.robert@arentfox.com
Steven E. Bledsoe (SBN 157811)
bledsoe.steven@arentfox.com
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213.629.7400
Facsimile:   213.629.7401

Attorneys for Defendant
TACO BELL CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TRACIE THOMAS, individually and on behalf of class of similarly situated individuals,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TACO BELL CORP., a California corporation,<br><br>　　　　　Defendants. | Case No.  SACV09-1097 CJC (ANx)<br><br>*Assigned to The Hon. Cormac J. Carney*<br><br>**JUDGMENT**<br><br><br>Complaint Filed:   September 15, 2009<br>Trial Date:            TBA |

SACV09-1097 CJC (ANx)　　　　　　　　　　　　　　　　　　　　　　　　　JUDGMENT

## **JUDGMENT**

The Court, having issued an order, dated June 25, 2012, granting defendant Taco Bell Corp.'s Amended Motion for Summary Judgment, hereby enters judgment in favor of defendant Taco Bell Corp.

Costs shall be awarded to Taco Bell Corp. upon presentation to the Court.

**IT IS ADJUDGED AND DECREED.**

Dated: July 11, 2012

_____
Hon. Cormac J. Carney
United States District Court Judge