| | |
|---|---|
| 1 | Stephen G. Larson (SBN 145225) |
| | larson.stephen@arentfox.com |
| 2 | Robert C. O'Brien (SBN 154372) |
| | obrien.robert@arentfox.com |
| 3 | Steven E. Bledsoe (SBN 157811) |
| | bledsoe.steven@arentfox.com |
| 4 | **ARENT FOX LLP** |
| | 555 West Fifth Street, 48th Floor |
| 5 | Los Angeles, CA  90013-1065 |
| | Telephone:  213.629.7400 |
| 6 | Facsimile:   213.629.7401 |

Attorneys for Defendant
TACO BELL CORP.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TRACIE THOMAS, individually and on behalf of class of similarly situated individuals, | Case No.  SACV09-1097 CJC (ANx) |
| | *Assigned to The Hon. Cormac J. Carney* |
| Plaintiff, | **JUDGMENT** |
| v. | |
| TACO BELL CORP., a California corporation, | Complaint Filed:  September 15, 2009 |
| | Trial Date:             TBA |
| Defendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JUDGMENT**

The Court, having issued an order, dated June 25, 2012, granting defendant Taco Bell Corp.'s Amended Motion for Summary Judgment, hereby enters judgment in favor of defendant Taco Bell Corp.

Costs shall be awarded to Taco Bell Corp. upon presentation to the Court.

**IT IS ADJUDGED AND DECREED.**

Dated: July 11, 2012

_____
Hon. Cormac J. Carney
United States District Court Judge