Stephen G. Larson (SBN 145225)
larson.stephen@arentfox.com
Robert O'Brien (SBN 154372)
obrien.robert@arentfox.com
Steven E. Bledsoe (SBN 157811)
bledsoe.steven@arentfox.com
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213.629.7400
Facsimile:   213.629.7401

Attorneys for Defendant
TACO BELL CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TRACIE THOMAS, individually and on behalf of class of similarly situated individuals,<br><br>                     Plaintiff,<br><br>        v.<br><br>TACO BELL CORP., a California corporation,<br><br>                     Defendants. | Case No.  SACV09-1097 CJC (ANx)<br><br>*Assigned to the Clerk's Designee Rosa Morales*<br><br>**NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS**<br><br><br>Time:         9:00 a.m.<br>Date:         August 10, 2012<br>Location:    As directed<br><br>Complaint Filed:   September 15, 2009 |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

SACV09-1097 CJC (ANx)

NOTICE OF APPLICATION
TO THE CLERK TO TAX COSTS

# NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that on August 10, 2012 at 9:00 AM, in a manner to be determined by the court's designee in these matters, if necessary, Defendant Taco Bell Corp. ("Taco Bell") will and hereby does move this Court pursuant to Local Rule 54-3, for a bill of costs in the amount of $6,604.95. This Notice is supported by the separate proposed bill of costs concurrently-filed in this action, the declaration of Stephen G. Larson, and all other pleadings and papers filed in this action.

Dated:   July 25, 2012        ARENT FOX LLP


                  By:   /s/ Stephen G. Larson
                        Stephen G. Larson
                        Attorneys for Defendant
                        TACO BELL CORP.