# UNITED STATES DISTRICT COURT

Central District of California

## BILL OF COSTS (LOCAL RULE 54-4)

Tracie Thomas

        V.                                     Case Number: SACV09-1097 CJC (ANx)

Taco Bell Corp.

Judgment having been entered in the above entitled action on **July 11, 2012** against **Tracie Thomas**

                                           Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Filing fees: see L.R. 54-4.1 ................................................................. $ | 0.00 |
| Fees for service of process: see L.R. 54-4.2 ...................................... | 0.00 |
| United States Marshal's fees: see L.R. 54-4.3 .................................... | 0.00 |
| Clerk's fees: see L.R. 54-4.4 ............................................................... | 0.00 |
| Report's transcripts: see L.R. 54-4.5 .................................................. | 0.00 |
| Depositions: see L.R. 54-4.6 ............................................................... | 6,604.95 |
| Witness fees (itemize on page 2): see L.R. 54-4.7 .............................. | 0.00 |
| Interpreter's and translator's fees: see L.R. 54-4.8 ............................. | 0.00 |
| Docket fees: see L.R. 54-4.9 ............................................................... | 0.00 |
| Masters, commissioners and receivers: see L.R. 54-4.10 .................... | 0.00 |
| Certification, exemplification and reproduction of documents: see L.R. 54-4.11 ........... | 0.00 |
| Premiums on bonds and undertakings: see L.R. 54-4.12 ..................... | 0.00 |
| Other Costs: see L.R. 54-4.13 ............................................................. | 0.00 |
| State Court costs: see L.R, 54-4.14 ..................................................... | 0.00 |
| Costs on appeal: see L.R. 54-5 ........................................................... | 0.00 |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-6 ...... | 0.00 |

Other (please itemize)

 

 

 

                                                TOTAL   $        6,604.95

**NOTE TO PARTIES SUBMITTING BILL OF COSTS:** **Attach to the bill of costs an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders and stipulations. All receipts must be self-explanatory.**

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:    .

☒ Electronic service by e-mail as set forth below and/or.

☐ Conventional service by first class mail, postage prepaid as set forth below

s/ Attorney:   s/ Stephen G. Larson

Name of Attorney: Stephen G. Larson

Costs are taxed in the amount of  $6,604.95

| | By: | | |
|---|---|---|---|
| Clerk of Court | | Deputy Clerk | Date |

American LegalNet, Inc.
www.FormsWorkFlow.com

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | TOTAL | | 0.00 |

American LegalNet, Inc.
www.FormsWorkFlow.com

# MERRILL CORPORATION
**LegaLink, Inc.**

20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17154239 | 12/12/2011 | 1701-326780 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 12/08/2011 | FENNLY | |

| CASE CAPTION |
|---|
| Thomas vs. Taco Bell, Corp. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |



Steven Bledsoe
Arent Fox LLP
Gas Company Tower
555 West 5th Street 48th Floor
Los Angeles, CA 90013

```
CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
  Lisa Halloran                      99 Pages @        3.25/Page      321.75
       Two-Day Expedite                                               254.91
       Exhibit Scanning        12.00 Pages @           .40/Page         4.80
       TotalTranscript                                                 45.00
CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
  Bernadette Jones                   71 Pages @        3.25/Page      230.75
       Two-Day Expedite                                               181.66
       Exhibit Scanning        24.00 Pages @           .40/Page         9.60
       TotalTranscript                                                 45.00
       Production and Code Comp                                        45.00
       Process/Delivery NL                                             25.00

                                            TOTAL   DUE   >>>>       1,163.47

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.
Please call our Credit Card hotline 1-866-550-1934 to make your payment.
```

TAX ID NO.: 20-2665382                                        (213) 629-7400

*Please detach bottom portion and return with payment.*

Steven Bledsoe
Arent Fox LLP
Gas Company Tower
555 West 5th Street 48th Floor
Los Angeles, CA 90013

Date: 12-19-11

Approved By: (#2399)

Client/Matter: 262180-6

Invoice No.: 17154239
Date      : 12/12/2011
TOTAL DUE : 1,163.47

Job No.   : 1701-326780
Case No.  :
Thomas vs. Taco Bell, Corp.

Remit To:   LegaLink, Inc.
            File 70206
            Los Angeles, CA 90074-0206

EXHIBIT 1
PAGE 3

# MERRILL CORPORATION

**LegaLink, Inc.**

20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17154232 | 12/12/2011 | 1701-326779 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 12/07/2011 | FENNLY | |

| CASE CAPTION |
|---|
| Thomas vs. Taco Bell, Corp. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

*RECEIVED DEC 14 2011 By SEB*

Steven Bledsoe
Arent Fox LLP
Gas Company Tower
555 West 5th Street 48th Floor
Los Angeles, CA 90013

```
CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
    Jennifer Arnoldt          146 Pages @      3.25/Page      474.50
         Three-Day Expedite                                   335.40
         Exhibit Scanning      58.00 Pages @     .40/Page      23.20
         TotalTranscript                                       45.00
         Production and Code Comp                              45.00
         Process/Delivery NL                                   25.00

                                  TOTAL  DUE   >>>>            948.10
                                                              587.70
```

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.
Please call our Credit Card hotline 1-866-550-1934 to make your payment.

Date: _SBw_ 12-19-11

Approved By: (#2399) SBw

Client/Matter: 202120-6

TAX ID NO. : 20-2665382        (213) 629-7400

*Please detach bottom portion and return with payment.*

Steven Bledsoe
Arent Fox LLP
Gas Company Tower
555 West 5th Street 48th Floor
Los Angeles, CA 90013

```
Invoice No.:  17154232
Date      :  12/12/2011
TOTAL DUE  :     948.10


Job No.    :  1701-326779
Case No.   :
Thomas vs. Taco Bell, Corp.
```

Remit To:    **LegaLink, Inc.**
          **File 70206**
          **Los Angeles, CA 90074-0206**

EXHIBIT 1
PAGE 4

# INVOICE

Shelley Plate Reporting, Inc.
19 South LaSalle Street, Suite 1402
Chicago, IL 60603
Phone:312-345-1414   Fax:312-345-1455

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 8485 | 1/25/2012 | 2853 |
| **Job Date** | **Case No.** | |
| 1/11/2012 | | |
| **Case Name** | | |
| Thomas v. Taco Bell | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Steven E. Bledsoe
Arent Fox, LLP
555 West Fifth Street
48th Floor
Los Angeles, CA  90013

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Jennifer Kalseim | | | | 665.60 |
| Condensed/Multipage Transcript w/index | 1.00 | @ | 50.00 | 50.00 |
| E-Transcript | 1.00 | @ | 35.00 | 35.00 |
| FedEx | 1.00 | @ | 40.00 | 40.00 |

TOTAL DUE >>>    $790.60

Thank you for choosing Shelley Plate Reporting, Inc.

Date:

Approved By:

Client/Matter:

Tax ID: 36-4266676                                    Phone: 213-629-7400   Fax:213-629-7401

*Please detach bottom portion and return with payment.*

Steven E. Bledsoe
Arent Fox, LLP
555 West Fifth Street
48th Floor
Los Angeles, CA  90013

| | | |
|---|---|---|
| Invoice No. | : | 8485 |
| Invoice Date | : | 1/25/2012 |
| **Total Due** | : | **$790.60** |

Remit To:   **Shelley Plate Reporting, Inc.**
           **19 South LaSalle Street, Suite 1402**
           **Chicago, IL  60603**

| | | |
|---|---|---|
| Job No. | : | 2853 |
| BU ID | : | 1-MAIN |
| Case No. | : | |
| Case Name | : | Thomas v. Taco Bell |

EXHIBIT 1
PAGE 5

# INVOICE

Toby Feldman, Inc.
1 Penn Plaza, Suite 4510
New York, NY 10119
Phone:212-244-3990   Fax:212-268-4828

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 10244 | 9/15/2010 | 4730 |
| **Job Date** | **Case No.** | |
| 8/9/2010 | | |

| **Case Name** |
|---|
| Tracie Thomas vs. Taco Bell Corp. |

| **Payment Terms** |
|---|
| Payment on or before delivery |

Drew R. Hansen, Esq.
Arent Fox*
555 West Fifth Street
48th Floor
Los Angeles, CA 90013

| | | | | |
|---|---|---|---|---|
| 1 copy | 233 pages | | | |
| Michael Jelley | 233.00 Pages | @ | 3.75 | 873.75 |
| Exhibits tabbed/bound/copy/Scan/OCR/CD | 148.00 | @ | 1.50 | 222.00 |
| Condensed | | | 55.00 | 55.00 |
| *Litigation Support Package | | | 125.00 | 125.00 |
| Shipping & Handling | | | 70.00 | ~~70.00~~ |

**TOTAL DUE >>>**   1275.75   **$1,345.75**
AFTER 10/15/2010 PAY                $1,413.04

*ASCII/PTX/PDF/EXHIBITS

Invoice cannot be adjusted after 30 days from the original date & is not contingent upon client payment.

(-) Payments/Credits:             1,345.75
(+) Finance Charges/Debits:          67.29
(=) New Balance:                       0.00

**Tax ID:** 11-2742258

*Please detach bottom portion and return with payment.*

Drew R. Hansen, Esq.
Arent Fox*
555 West Fifth Street
48th Floor
Los Angeles, CA 90013

| | | | |
|---|---|---|---|
| Job No. | : 4730 | BU ID | : Main |
| Case No. | : | | |
| Case Name | : Tracie Thomas vs. Taco Bell Corp. | | |
| Invoice No. | : 10244 | Invoice Date | : 9/15/2010 |
| **Total Due** | **: $0.00** | | |

**PAYMENT WITH CREDIT CARD**

MasterCard   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:   **Toby Feldman, Inc.**
          **1 Penn Plaza, Suite 4510**
          **New York, NY 10119**

EXHIBIT 1
PAGE 6

# MERRILL CORPORATION

LegaLink, Inc.

311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14136255 *** | 01/13/2012 | 1401-194968 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 12/22/2011 | GILMCH | 09-1097 |

| CASE CAPTION |
|---|
| Thomas vs. Taco Bell |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Steven E. Bledsoe
Arent Fox LLP
555 West Fifth Street
48th Floor
Los Angeles, CA 90013-1065

```
CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
    Neil Borkan 30(b)(6)          172 Pages @        2.95/Page         507.40
            TotalTranscript                                              45.00
            TotalTranscript Archive                                      7.50
            TotalTranscript Exhibits   130.00 Pages @      .40/Page      52.00
            Process/Delivery NL                                        -15.00

                                    TOTAL   DUE   >>>>               626.90
                                                            611.90
```

A copy of the proceeding listed above will be prepared upon receipt of your check in
the amount shown.

Pricing is valid for 90 days from the date of this notice.

For your convenience, we now accept Mastercard and Visa.

THIS IS NOT AN INVOICE.

Date: 1/23/12

Approved By: (TK#2399)

Client/Matter: 202120-6

TAX ID NO. : 20-2665382                                 (213) 629-7400    Fax (213) 629-7401

*Please detach bottom portion and return with payment.*

---

Steven E. Bledsoe
Arent Fox LLP
555 West Fifth Street
48th Floor
Los Angeles, CA 90013-1065

Invoice No.:  14136255 ***
Date       :  01/13/2012
**TOTAL  DUE   :**      626.90

Job No.   :  1401-194968
Case No.  :  09-1097
Thomas vs. Taco Bell

Remit To:     **Merrill Corporation
LegaLink, Inc.
311 S. Wacker Drive, Suite 300
Chicago, IL  60606**

EXHIBIT 1
PAGE 7

Aug. 5. 2010 2:58PM                                                              No. 0503  P. 2

**shelley plate reporting, inc.**
19 south lasalle street, suite 1402
chicago, illinois 60603
312*345*1414 (telephone)
312*345*1455 (facsimile)

|                              |                        |
|------------------------------|------------------------|
|                              | INVOICE NO. :    985929 |

Hansen, Mr. Drew R.                          INVOICE DATE:    8/05/2010
Arent Fox, LLP
555 West Fifth Street                        REPORTER:
48th Floor                                   Liza Perez
Los Angeles, CA 90013

                                             ID#  36-4266676

Thomas v. Taco Bell
Sander Rosen

| Date      | Description                       | Amount |
|-----------|-----------------------------------|--------|
| 8/03/2010 | ACCELERATED DEPOSITION COPY EMAIL | 988.90 |
| 8/03/2010 | EXHIBITS SCANNED PDF              | 10.00  |
|           | Prepared by: NMB                  |        |

|             |        |
|-------------|--------|
| Sub Total   | 998.90 |
| Paid        | 0.00   |
| Balance Due | 998.90 |

**OUR NEW ADDRESS IS:**
**19 South LaSalle Street, Suite 1402, Chicago, Illinois 60603**
**NOW ACCEPTING VISA, MASTERCARD AND AMERICAN EXPRESS**

*Please expedite check request.*

Date: 8-5-08
Approved By: _____
Client/Matter: 202120-6

EXHIBIT 1
PAGE 8

# INVOICE

Shelley Plate Reporting, Inc.
19 South LaSalle Street, Suite 1402
Chicago, IL  60603
Phone:312-345-1414   Fax:312-345-1455

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 8480 | 1/25/2012 | 2883 |
| **Job Date** | **Case No.** | |
| 1/17/2012 | | |
| **Case Name** | | |
| Thomas v. Taco Bell | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Steven E. Bledsoe
Arent Fox, LLP
555 West Fifth Street
48th Floor
Los Angeles, CA  90013

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | 192.40 |
|---|---|---|---|---|
| Sander Rosen Part II | | | | |
| Rough Draft/Realtime Surcharge | 74.00 Pages | @ | 1.75 | ~~129.50~~ |
| | | **TOTAL DUE >>>** | | **$321.90** |

Thank you for choosing Shelley Plate Reporting, Inc.

*192.40*

Vendor #
Voucher #
This voucher
Processed by
Date

JAN 27 2012

Date: _____ 1/25/12

Approved By: ____ SBL (Tk# 2399)

Client/Matter: ____ 202120-6

Tax ID: 36-4266676                                    Phone: 213-629-7400   Fax:213-629-7401

*Please detach bottom portion and return with payment.*

Steven E. Bledsoe
Arent Fox, LLP
555 West Fifth Street
48th Floor
Los Angeles, CA  90013

| | | |
|---|---|---|
| Invoice No. | : | 8480 |
| Invoice Date | : | 1/25/2012 |
| **Total Due** | : | **$321.90** |

| | | |
|---|---|---|
| Job No. | : | 2883 |
| BU ID | : | 1-MAIN |
| Case No. | : | |
| Case Name | : | Thomas v. Taco Bell |

Remit To:  **Shelley Plate Reporting, Inc.**
           **19 South LaSalle Street, Suite 1402**
           **Chicago, IL  60603**

EXHIBIT 1
PAGE 9

# MERRILL CORPORATION

**LegaLink, Inc.**
20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17154778 | 12/22/2011 | 1701-326782 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 12/16/2011 | FENNLY | |

| CASE CAPTION |
|---|
| Thomas vs. Taco Bell, Corp. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

RECEIVED DEC 23 2011 By SEB

Steven Bledsoe
Arent Fox LLP
Gas Company Tower
555 West 5th Street 48th Floor
Los Angeles, CA 90013

```
CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
  Susan Viti               224 Pages @        3.25/Page         728.00
       Exhibit Copy Scan    62.00 Pages @      .65/Page          40.30
       TotalTranscript                                           45.00
       Production and Code Comp                                  45.00
       Process/Delivery                                          20.00
```

                                    TOTAL DUE  >>>>           878.30
                                                              858.30

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.
Please call our Credit Card hotline 1-866-550-1934 to make your payment.

Date: 12/23/11
(TK# 2399)
Approved By:
Client/Matter: 202120-6

TAX ID NO.: 20-2665382                                    (213) 629-7400

*Please detach bottom portion and return with payment.*

Steven Bledsoe
Arent Fox LLP
Gas Company Tower
555 West 5th Street 48th Floor
Los Angeles, CA 90013

```
Invoice No.:  17154778
Date      :   12/22/2011
TOTAL DUE :      878.30


Job No.   :   1701-326782
Case No.  :
Thomas vs. Taco Bell, Corp.
```

Remit To:   **LegaLink, Inc.**
            **File 70206**
            **Los Angeles, CA 90074-0206**

EXHIBIT 1
PAGE 10

# INVOICE

## Sarnoff
### COURT REPORTERS
877.955.3855 PHONE   20 Corporate Park, Suite 350
949.955.3854 FAX     Irvine, CA 92606
www.sarnoffcourtreporters.com


RECEIVED
MAR 11 2011
By ____

Steven E. Bledsoe, Esq.
Arent Fox LLP
555 W. Fifth Street
48th Floor
Los Angeles, CA 90013

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 151887 | 3/9/2011 | 156190 |
| Job Date | Case No. | |
| 3/3/2011 | SACV09-1097 DOC (ANX) | |
| Case Name | | |
| Tracie Thomas vs. Taco Bell Corp. | | |
| Payment Terms | | |
| Due upon receipt | | |

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| Tracie Thomas | 105.00 Pages | 577.50 |
| 2 Day Expedited Service | | 519.75 |
| Handling & Production of Original Transcript | | 50.00 |
| Technology Package * | | 0.00 |
| Transcript & Exhibit Repository - Complimentary | | 0.00 |
| Delivery Costs | | 35.31 |

TOTAL DUE >>>   627.50   **$1,182.56**
AFTER 4/23/2011 PAY   $1,300.82

Reference No. : 202120.00006

*Technology Package includes condensed transcript and CD with final ASCII text file, full size PDF transcript, condensed PDF transcript, E-Transcript Bundle with linked exhibits, Livenote LEF, Summation SBF, and Sanction Database file.

Date: 3-11-11
Approved By: ____
Client/Matter: 202120 - 00006

Tax ID: 88-0432563                     Phone: 213-629-7400   Fax:213-629-7401

*Please detach bottom portion and return with payment.*

Steven E. Bledsoe, Esq.
Arent Fox LLP
555 W. Fifth Street
48th Floor
Los Angeles, CA 90013

Job No.   : 156190        BU ID    :1-MAIN
Case No.  : SACV09-1097 DOC (ANX)
Case Name : Tracie Thomas vs. Taco Bell Corp.

Invoice No. : 151887      Invoice Date :3/9/2011
**Total Due : $ 1,182.56**
AFTER 4/23/2011 PAY $1,300.82

**PAYMENT WITH CREDIT CARD**   AMEX MasterCard VISA
Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Sarnoff Court Reporters**
          **20 Corporate Park**
          **Suite 350**
          **Irvine, CA 92606**

EXHIBIT 1
PAGE 11