Stephen G. Larson (SBN 145225)
larson.stephen@arentfox.com
Robert O'Brien (SBN 154372)
obrien.robert@arentfox.com
Steven E. Bledsoe (SBN 157811)
bledsoe.steven@arentfox.com
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401

Attorneys for Defendant
TACO BELL CORP.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| TRACIE THOMAS, individually and on behalf of class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>TACO BELL CORP., a California corporation,<br><br>Defendant. | Case No. SACV09-1097 CJC (ANx)<br><br>*Assigned to the Clerk's Designee Rosa Morales*<br><br>**NOTICE OF ERRATA REGARDING DEFENDANT'S NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS**<br><br>Time: 9:00 a.m.<br>Date: August 10, 2012<br>Location: Telephonic or as directed<br><br>Complaint Filed: September 15, 2009 |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

SACV09-1097 CJC (ANx)

NOTICE OF ERRATA RE DEFENDANT'S
NOTICE OF APPLICATION TO THE
CLERK TO TAX COSTS

**TO THE COURT, PLAINTIFF AND HER ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that in the Defendant Taco Bell Corp.'s Notice of Application to The Clerk to Tax Costs (the "Application") filed by the above-named defendant ("Defendant") on July 25, 2012, Defendant, when filing the Application by CM/ECF, inadvertently designated that the Application would be heard before the Hon. Cormac J. Carney. Accordingly, Defendant submits this notice of errata to correctly designate that the Application will be heard before the "Clerk of the Court."

Moreover, on the caption page to the Application, Defendant inadvertently designated the location of the hearing "As directed." Accordingly, by this notice of errata, Defendant corrects the location of the hearing, as stated on the caption page, as "Telephonic or as directed."

Dated:   July 25, 2012                    ARENT FOX LLP


                                          By:  */s/ Stephen G. Larson*
                                               Stephen G. Larson
                                          Attorneys for Defendant
                                          TACO BELL CORP.