| | |
|---|---|
| 1 | Stephen G. Larson (SBN 145225) |
| | larson.stephen@arentfox.com |
| 2 | Robert O'Brien (SBN 154372) |
| | obrien.robert@arentfox.com |
| 3 | Steven E. Bledsoe (SBN 157811) |
| | bledsoe.steven@arentfox.com |
| 4 | **ARENT FOX LLP** |
| | 555 West Fifth Street, 48th Floor |
| 5 | Los Angeles, CA  90013-1065 |
| | Telephone:  213.629.7400 |
| 6 | Facsimile:   213.629.7401 |
| 7 | Attorneys for Defendant |
| | TACO BELL CORP. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| TRACIE THOMAS, individually and on behalf of class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>TACO BELL CORP., a California corporation,<br><br>Defendant. | Case No.  SACV09-1097 CJC (ANx)<br><br>*Assigned to the Clerk's Designee Rosa Morales*<br><br>**AMENDED NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS**<br><br>Time:      9:00 a.m.<br>Date:      August 10, 2012<br>Location:  Telephonic or as directed<br><br>Complaint Filed:   September 15, 2009 |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

SACV09-1097 CJC (ANx)

AMENDED NOTICE OF APPLICATION
TO THE CLERK TO TAX COSTS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# AMENDED NOTICE OF APPLICATION
# TO THE CLERK TO TAX COSTS

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that on August 10, 2012 at 9:00 AM, in a manner to be determined by the court's designee in these matters, if necessary, Defendant Taco Bell Corp. ("Taco Bell") will and hereby does move this Court pursuant to Local Rule 54-3, for a bill of costs in the amount of $6,604.95. This Notice is supported by the separate proposed bill of costs concurrently-filed in this action, the declaration of Stephen G. Larson, and all other pleadings and papers filed in this action.

Dated:    July 25, 2012                    ARENT FOX LLP


                                           By:   /s/ Stephen G. Larson
                                                 Stephen G. Larson
                                           Attorneys for Defendant
                                           TACO BELL CORP.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

SACV09-1097 CJC (ANx)        - 1 -         AMENDED NOTICE OF APPLICATION
                                           TO THE CLERK TO TAX COSTS