# UNITED STATES DISTRICT COURT

## Central District of California

### BILL OF COSTS (LOCAL RULE 54-4)

Tracie Thomas

V.

Case Number: SACV09-1097 CJC (ANx)

Taco Bell Corp.

Judgment having been entered in the above entitled action on  July 11, 2012  against  Tracie Thomas

_Date_

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---:|
| Filing fees: see L.R. 54-4.1 ................................................................................ | $ | 0.00 |
| Fees for service of process: see L.R. 54-4.2 ...................................................... | | 0.00 |
| United States Marshal's fees: see L.R. 54-4.3 .................................................... | | 0.00 |
| Clerk's fees: see L.R. 54-4.4 ............................................................................. | | 0.00 |
| Report's transcripts: see L.R. 54-4.5 ................................................................. | | 0.00 |
| Depositions: see L.R. 54-4.6 .............................................................................. | | 6,604.95 |
| Witness fees (itemize on page 2): see L.R. 54-4.7 ............................................. | | 0.00 |
| Interpreter's and translator's fees: see L.R. 54-4.8 ........................................... | | 0.00 |
| Docket fees: see L.R. 54-4.9 .............................................................................. | | 0.00 |
| Masters, commissioners and receivers: see L.R. 54-4.10 .................................. | | 0.00 |
| Certification, exemplification and reproduction of documents: see L.R. 54-4.11 ... | | 0.00 |
| Premiums on bonds and undertakings: see L.R. 54-4.12 .................................... | | 0.00 |
| Other Costs: see L.R. 54-4.13 ........................................................................... | | 0.00 |
| State Court costs: see L,R, 54-4.14 .................................................................... | | 0.00 |
| Costs on appeal: see L.R. 54-5 .......................................................................... | | 0.00 |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-6 ....................... | | 0.00 |

Other (please itemize)

| | | |
|---|---|---:|
| | | |
| | | |
| | | |
| TOTAL | $ | 6,604.95 |

**NOTE TO PARTIES SUBMITTING BILL OF COSTS:** **Attach to the bill of costs an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders and stipulations. All receipts must be self-explanatory.**

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:          .

☒  Electronic service by e-mail as set forth below and/or.

☐  Conventional service by first class mail, postage prepaid as set forth below

s/ Attorney:   s/ Stephen G. Larson

Name of Attorney: Stephen G. Larson

Costs are taxed in the amount of  $6,604.95

_____       By: _____       _____
Clerk of Court                              Deputy Clerk                              Date

American LegalNet, Inc.
www.FormsWorkFlow.com

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | **TOTAL** | | 0.00 |

American LegalNet, Inc.
www.FormsWorkFlow.com

# MERRILL CORPORATION

**LegaLink, Inc.**

20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17154239 | 12/12/2011 | 1701-326780 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 12/08/2011 | FENNLY | |

| CASE CAPTION | | |
|---|---|---|
| Thomas vs. Taco Bell, Corp. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

RECEIVED
DEC 1 4 2011
By _SEB_

Steven Bledsoe
Arent Fox LLP
Gas Company Tower
555 West 5th Street 48th Floor
Los Angeles, CA 90013

| | | | | |
|---|---|---|---|---|
| CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF: | | | | |
| Lisa Halloran | 99 Pages @ | 3.25/Page | | 321.75 |
| Two-Day Expedite | | | | ~~254.91~~ |
| Exhibit Scanning | 12.00 Pages @ | .40/Page | | 4.80 |
| TotalTranscript | | | | 45.00 |
| CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF: | | | | |
| Bernadette Jones | 71 Pages @ | 3.25/Page | | 230.75 |
| Two-Day Expedite | | | | ~~181.66~~ |
| Exhibit Scanning | 24.00 Pages @ | .40/Page | | 9.60 |
| TotalTranscript | | | | 45.00 |
| Production and Code Comp | | | | 45.00 |
| Process/Delivery NL | | | | ~~25.00~~ |

TOTAL   DUE   >>>>   **1,163.47**

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.
Please call our Credit Card hotline 1-866-550-1934 to make your payment.

701.90

---

TAX ID NO.: 20-2665382                                                      (213) 629-7400

*Please detach bottom portion and return with payment.*

Steven Bledsoe
Arent Fox LLP
Gas Company Tower
555 West 5th Street 48th Floor
Los Angeles, CA 90013

Date: _12-19-11_

Approved By: _(#2399)_

Client/Matter: _26 2180-6_

| | | |
|---|---|---|
| Invoice No.: | 17154239 |
| Date : | 12/12/2011 |
| **TOTAL DUE** : | 1,163.47 |

Job No. : 1701-326780
Case No. :
Thomas vs. Taco Bell, Corp.

Remit To:   **LegaLink, Inc.**
**File 70206**
**Los Angeles, CA 90074-0206**

EXHIBIT 1
PAGE 3

# MERRILL CORPORATION

LegaLink, Inc.

20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17154232 | 12/12/2011 | 1701-326779 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 12/07/2011 | FENNLY | |

| CASE CAPTION |
|---|
| Thomas vs. Taco Bell, Corp. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

RECEIVED
DEC 14 2011
By ____

Steven Bledsoe
Arent Fox LLP
Gas Company Tower
555 West 5th Street 48th Floor
Los Angeles, CA 90013

```
CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
    Jennifer Arnoldt          146 Pages @     3.25/Page        474.50
        Three-Day Expedite                                     335.40
        Exhibit Scanning       58.00 Pages @    .40/Page        23.20
        TotalTranscript                                         45.00
        Production and Code Comp                                45.00
        Process/Delivery NL                                     25.00

                               TOTAL   DUE   >>>>              948.10
                                                               587.70
```

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.
Please call our Credit Card hotline 1-866-550-1934 to make your payment.

Date: _SBee_ 12-19-11

Approved By: (#2399) SBee

Client/Matter: 202120-6

TAX ID NO. :  20-2665382                                        (213) 629-7400

*Please detach bottom portion and return with payment.*

Steven Bledsoe
Arent Fox LLP
Gas Company Tower
555 West 5th Street 48th Floor
Los Angeles, CA 90013

```
Invoice No.:  17154232
Date      :  12/12/2011
TOTAL DUE :      948.10


Job No.   :  1701-326779
Case No.  :
Thomas vs. Taco Bell, Corp.
```

Remit To:  **LegaLink, Inc.**
           **File 70206**
           **Los Angeles, CA 90074-0206**

EXHIBIT 1
PAGE 4

# INVOICE

Shelley Plate Reporting, Inc.
19 South LaSalle Street, Suite 1402
Chicago, IL 60603
Phone:312-345-1414   Fax:312-345-1455

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 8485 | 1/25/2012 | 2853 |
| **Job Date** | **Case No.** | |
| 1/11/2012 | | |
| **Case Name** | | |
| Thomas v. Taco Bell | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Steven E. Bledsoe
Arent Fox, LLP
555 West Fifth Street
48th Floor
Los Angeles, CA  90013

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Jennifer Kalseim | | | | | 665.60 |
| Condensed/Multipage Transcript w/index | | 1.00 | @ | 50.00 | 50.00 |
| E-Transcript | | 1.00 | @ | 35.00 | 35.00 |
| FedEx | | 1.00 | @ | 40.00 | 40.00 |
| | | TOTAL DUE >>> | | | $790.60 |

Thank you for choosing Shelley Plate Reporting, Inc.

*(handwritten notations)*

Vendor #
Voucher #
This voucher
Processed by
Date

Date: 1/25/12
Approved By: SB  (TK# 2399)
Client/Matter: 202120-6

Tax ID: 36-4266676                                        Phone: 213-629-7400   Fax:213-629-7401

*Please detach bottom portion and return with payment.*

Steven E. Bledsoe
Arent Fox, LLP
555 West Fifth Street
48th Floor
Los Angeles, CA  90013

| | | |
|---|---|---|
| Invoice No. | : | 8485 |
| Invoice Date | : | 1/25/2012 |
| **Total Due** | : | **$790.60** |

| | | | |
|---|---|---|---|
| Remit To: | **Shelley Plate Reporting, Inc.** | Job No. | : 2853 |
| | **19 South LaSalle Street, Suite 1402** | BU ID | : 1-MAIN |
| | **Chicago, IL  60603** | Case No. | : |
| | | Case Name | : Thomas v. Taco Bell |

EXHIBIT 1
PAGE 5

# INVOICE

Toby Feldman, Inc.
1 Penn Plaza, Suite 4510
New York, NY  10119
Phone:212-244-3990   Fax:212-268-4828

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 10244 | 9/15/2010 | 4730 |
| **Job Date** | **Case No.** | |
| 8/9/2010 | | |
| **Case Name** | | |
| Tracie Thomas vs. Taco Bell Corp. | | |
| **Payment Terms** | | |
| Payment on or before delivery | | |

Drew R. Hansen, Esq.
Arent Fox*
555 West Fifth Street
48th Floor
Los Angeles, CA  90013

| | | | | | |
|---|---|---|---|---|---|
| 1 copy | 233 pages | | | | |
| Michael Jelley | | 233.00 | Pages | @ | 3.75 | 873.75 |
| Exhibits tabbed/bound/copy/Scan/OCR/CD | | 148.00 | | @ | 1.50 | 222.00 |
| Condensed | | | | 55.00 | 55.00 |
| *Litigation Support Package | | | | 125.00 | 125.00 |
| Shipping & Handling | | | | 70.00 | ~~70.00~~ |

TOTAL DUE >>>   *1275.75*   **$1,345.75**
AFTER 10/15/2010 PAY                    $1,413.04

*ASCII/PTX/PDF/EXHIBITS

Invoice cannot be adjusted after 30 days from the original date & is not contingent upon client payment.

(-) Payments/Credits:               1,345.75
(+) Finance Charges/Debits:              67.29
(=) New Balance:                      0.00

**Tax ID:** 11-2742258

*Please detach bottom portion and return with payment.*

Drew R. Hansen, Esq.
Arent Fox*
555 West Fifth Street
48th Floor
Los Angeles, CA  90013

| | | | | |
|---|---|---|---|---|
| Job No. | : 4730 | | BU ID | : Main |
| Case No. | : | | | |
| Case Name | : Tracie Thomas vs. Taco Bell Corp. | | | |
| Invoice No. | : 10244 | | Invoice Date | : 9/15/2010 |
| **Total Due** | **: $0.00** | | | |

Remit To:   **Toby Feldman, Inc.
1 Penn Plaza, Suite 4510
New York, NY  10119**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____   Phone#: _____

Billing Address: _____

Zip: _____   Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

EXHIBIT 1
PAGE 6

# MERRILL CORPORATION

LegaLink, Inc.

311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14136255 *** | 01/13/2012 | 1401-194968 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 12/22/2011 | GILMCH | 09-1097 |

| CASE CAPTION | | |
|---|---|---|
| Thomas vs. Taco Bell | | |

| TERMS | | |
|---|---|---|
| Immediate, sold FOB Merrill facility | | |

Steven E. Bledsoe
Arent Fox LLP
555 West Fifth Street
48th Floor
Los Angeles, CA 90013-1065

```
CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
     Neil Borkan 30(b)(6)            172 Pages @      2.95/Page      507.40
          TotalTranscript                                            45.00
          TotalTranscript Archive                                     7.50
          TotalTranscript Exhibits   130.00 Pages @    .40/Page      52.00
          Process/Delivery NL                                        15.00

                                     TOTAL   DUE  >>>>               626.90
```

611.90

A copy of the proceeding listed above will be prepared upon receipt of your check in the amount shown.

Pricing is valid for 90 days from the date of this notice.

For your convenience, we now accept Mastercard and Visa.

THIS IS NOT AN INVOICE.

Date: 1/23/12

Approved By: (TR#12399) ~SB~

Client/Matter: 202120-6

TAX ID NO. : 20-2665382                              (213) 629-7400    Fax  (213) 629-7401

*Please detach bottom portion and return with payment.*

---

Steven E. Bledsoe
Arent Fox LLP
555 West Fifth Street
48th Floor
Los Angeles, CA 90013-1065

Invoice No.:  14136255 ***
Date      :  01/13/2012
**TOTAL  DUE**   :      626.90

Job No.   :  1401-194968
Case No.  :  09-1097
Thomas vs. Taco Bell

Remit To:      **Merrill Corporation
LegaLink, Inc.
311 S. Wacker Drive, Suite 300
Chicago, IL  60606**

EXHIBIT 1
PAGE 7

**shelley plate reporting, inc.**
19 south lasalle street, suite 1402
chicago, illinois 60603
312*345*1414 (telephone)
312*345*1455 (facsimile)

Hansen, Mr. Drew R.
Arent Fox, LLP
555 West Fifth Street
48th Floor
Los Angeles, CA 90013

Thomas v. Taco Bell
Sander Rosen

INVOICE NO. :      985929
INVOICE DATE:      8/05/2010
REPORTER:
Liza Perez

ID#  38-4266676

| Date | Description | Amount |
|---|---|---|
| 8/03/2010 | ACCELERATED DEPOSITION COPY EMAIL | 988.90 |
| 8/03/2010 | EXHIBITS SCANNED PDF | 10.00 |
| | Prepared by: NMB | |

| | |
|---|---|
| Sub Total | 998.90 |
| Paid | 0.00 |
| Balance Due | 998.90 |

**OUR NEW ADDRESS IS:**
19 South LaSalle Street, Suite 1402, Chicago, Illinois 60503
NOW ACCEPTING VISA, MASTERCARD AND AMERICAN EXPRESS

*Please expedite check request.*
Date: 8-5-08
Approved By:
Client/Matter: 202120-6

EXHIBIT 1
PAGE 8

# INVOICE

Shelley Plate Reporting, Inc.
19 South LaSalle Street, Suite 1402
Chicago, IL  60603
Phone:312-345-1414   Fax:312-345-1455

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 8480 | 1/25/2012 | 2883 |
| **Job Date** | **Case No.** | |
| 1/17/2012 | | |
| **Case Name** | | |
| Thomas v. Taco Bell | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Steven E. Bledsoe
Arent Fox, LLP
555 West Fifth Street
48th Floor
Los Angeles, CA  90013

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Sander Rosen Part II                                                  192.40

    Rough Draft/Realtime Surcharge           74.00  Pages     @      1.75    ~~129.50~~

                                              **TOTAL DUE >>>**     **$321.90**

Thank you for choosing Shelley Plate Reporting, Inc.                          192.40

*Vendor #*
*Voucher #*
*This voucher*
*Processed by*
*Date*

JAN 27 2012       Date: _____ 1/25/12_____

                        Approved By: _____ SBe  (Tk# 2399)_____

                        Client/Matter: _____ 202120-6_____

---

**Tax ID: 36-4266676**                                   Phone: 213-629-7400   Fax:213-629-7401

*Please detach bottom portion and return with payment.*

Steven E. Bledsoe
Arent Fox, LLP
555 West Fifth Street
48th Floor
Los Angeles, CA  90013

| | | |
|---|---|---|
| Invoice No. | : | 8480 |
| Invoice Date | : | 1/25/2012 |
| **Total Due** | : | **$321.90** |

| | | |
|---|---|---|
| Job No. | : | 2883 |
| BU ID | : | 1-MAIN |
| Case No. | : | |
| Case Name | : | Thomas v. Taco Bell |

Remit To:   **Shelley Plate Reporting, Inc.**
              **19 South LaSalle Street, Suite 1402**
              **Chicago, IL  60603**

EXHIBIT 1
PAGE 9

# MERRILL CORPORATION

**LegaLink, Inc.**

20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17154778 | 12/22/2011 | 1701-326782 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 12/16/2011 | FENNLY | |

| CASE CAPTION | | |
|---|---|---|
| Thomas vs. Taco Bell, Corp. | | |

| TERMS | | |
|---|---|---|
| Immediate, sold FOB Merrill facility | | |

RECEIVED DEC 23 2011 By SEB

Steven Bledsoe
Arent Fox LLP
Gas Company Tower
555 West 5th Street 48th Floor
Los Angeles, CA 90013

```
CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
  Susan Viti                   224 Pages @      3.25/Page      728.00
       Exhibit Copy Scan       62.00 Pages @      .65/Page       40.30
       TotalTranscript                                          45.00
       Production and Code Comp                                 45.00
       Process/Delivery                                         20.00

                            TOTAL  DUE  >>>>                   878.30
                                                               858.30
```

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.
Please call our Credit Card hotline 1-866-550-1934 to make your payment.

Date: 12/23/11
(TK# 2399) SB
Approved By:
Client/Matter: 202120-6

TAX ID NO.: 20-2665382                                      (213) 629-7400

*Please detach bottom portion and return with payment.*

Steven Bledsoe
Arent Fox LLP
Gas Company Tower
555 West 5th Street 48th Floor
Los Angeles, CA 90013

Invoice No.:  17154778
Date       :  12/22/2011
**TOTAL DUE**   :     878.30

Job No.    :  1701-326782
Case No.   :
Thomas vs. Taco Bell, Corp.

Remit To:    **LegaLink, Inc.**
             **File 70206**
             **Los Angeles, CA 90074-0206**

EXHIBIT 1
PAGE 10

# INVOICE

## Sarnoff.

**COURT REPORTERS**

877.955.3855 PHONE   20 Corporate Park, Suite 350
949.955.3854 FAX   Irvine, CA 92606
www.sarnoffcourtreporters.com


RECEIVED
MAR 11 2011
By _____

Steven E. Bledsoe, Esq.
Arent Fox LLP
555 W. Fifth Street
48th Floor
Los Angeles, CA 90013

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 151887 | 3/9/2011 | 156190 |
| **Job Date** | **Case No.** | |
| 3/3/2011 | SACV09-1097 DOC (ANX) | |
| **Case Name** | | |
| Tracie Thomas vs. Taco Bell Corp. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| Tracie Thomas | 105.00 Pages | 577.50 |
| 2 Day Expedited Service | | ~~519.75~~ |
| Handling & Production of Original Transcript | | 50.00 |
| Technology Package * | | 0.00 |
| Transcript & Exhibit Repository - Complimentary | | 0.00 |
| Delivery Costs | | ~~35.31~~ |

**TOTAL DUE >>>**    627.50    **$1,182.56**
AFTER 4/23/2011 PAY    **$1,300.82**

Reference No. : 202120.00006

*Technology Package includes condensed transcript and CD with final ASCII text file, full size PDF transcript, condensed PDF transcript, E-Transcript Bundle with linked exhibits, Livenote LEF, Summation SBF, and Sanction Database file.

Date: 3-11-11

Approved By: _____

Client/Matter: 202120 - 00006

**Tax ID:** 88-0432563

Phone: 213-629-7400   Fax:213-629-7401

*Please detach bottom portion and return with payment.*

Steven E. Bledsoe, Esq.
Arent Fox LLP
555 W. Fifth Street
48th Floor
Los Angeles, CA 90013

| | | | |
|---|---|---|---|
| Job No. | : 156190 | BU ID | :1-MAIN |
| Case No. | : SACV09-1097 DOC (ANX) | | |
| Case Name | : Tracie Thomas vs. Taco Bell Corp. | | |

Invoice No. : 151887    Invoice Date :3/9/2011
**Total Due : $ 1,182.56**
AFTER 4/23/2011 PAY $1,300.82

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date: _____ Phone#:
Billing Address:
Zip: _____ Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Sarnoff Court Reporters**
**20 Corporate Park**
**Suite 350**
**Irvine, CA 92606**

EXHIBIT 1
PAGE 11