David C. Parisi
dparisi@parisihavens.com
Suzanne Havens Beckman
shavens@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California   91403
(818) 990-1299 (phone)
(818) 501-7852 (facsimile)

Attorneys for Plaintiff Tracie Thomas
[Additional Counsel appear below signature]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACIE THOMAS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>TACO BELL CORP., a California corporation,<br><br>*Defendant.* | No. C-09-1097 CJC (ANx)<br><br>**PLAINTIFF'S NOTICE OF APPEAL** |

Pursuant to Federal Rules of Appellate Procedure 3 and 4, and consistent with 28 U.S.C. § 1291, notice is hereby given that Plaintiff Tracie Thomas appeals to the United States Court of Appeals for the Ninth Circuit the Judgment entered on July 11, 2012, in furtherance of the June 25, 2012, Order of the District Court for the Central District of California that granted Defendant Taco Bell Corp.'s Amended Motion for Summary Judgment.

Dated: August 7, 2012

TRACIE THOMAS, individually and on behalf of a class of similarly situated individuals

BY:  /s/ John C. Ochoa
       One of her attorneys

David C. Parisi
dparisi@parisihavens.com
Suzanne Havens Beckman
shavens@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California   91403
(818) 990-1299 (phone)
(818) 501-7852 (facsimile)

Evan Meyers (Admitted *Pro Hac Vice*)
emeyers@edelson.com
John Ochoa (Admitted *Pro Hac Vice*)
jochoa@edelson.com
EDELSON MCGUIRE LLC
350 N. LaSalle Street, Suite 1300
Chicago, Illinois 60654
(312) 589-6370 (phone)
(312) 589-6378 (facsimile)

Michael J. McMorrow (Admitted *Pro Hac Vice*)
mjmcmorrow@smithmcmorrow.com
SMITH & MCMORROW P.C.
53 West Jackson Blvd., Suite 1018
Chicago, IL 60604
(312) 546-6139 (phone)
(888) 664-8172 (facsimile)

*Attorneys for Plaintiff Tracie Thomas*

PL.'S NOTICE OF APPEAL                    - 1 -                    No. C-09-1097 CJC (ANx)

## CERTIFICATE OF SERVICE

I, John C. Ochoa, an attorney, certify that on August 7, 2012, I served the above and foregoing *Plaintiff's Notice of Appeal*, by causing true and accurate copies of such paper to be filed and transmitted to the persons registered to receive such notice via the Court's CM/ECF electronic filing system.

/s/  John C. Ochoa