```
1  David C. Parisi
   dparisi@parisihavens.com
2  Suzanne Havens Beckman
   shavens@parisihavens.com
3  PARISI & HAVENS LLP
   15233 Valleyheart Drive
4  Sherman Oaks, California   91403
   (818) 990-1299 (phone)
5  (818) 501-7852 (facsimile)

6  Attorneys for Plaintiff Tracie Thomas
7  [Additional Counsel appear below signature]
```

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRACIE THOMAS, individually and on behalf of all others similarly situated,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>TACO BELL CORP., a California corporation,<br><br>　　　　　*Defendant*. | No. C-09-1097 CJC (ANx)<br><br>(Appellate Court No. 12-56458)<br><br>**PLAINTIFF-APPELLANT TRACIE THOMAS' NOTICE UNDER F. R. A. P. 10(b)(1)(A)**<br><br>Hon. Cormac J. Carney |

Pursuant to Federal Rule of Appellate Procedure 10(b)(1)(A) and Ninth Circuit Rule 10-3, Plaintiff-Appellant Tracie Thomas states that all transcripts she intends to rely upon in her appeal (appearing at docket entries 179 & 191) have already been ordered, and she will not be ordering any additional transcripts.

Dated: September 6, 2012

        TRACIE THOMAS, individually and on behalf of a class of similarly situated individuals

        BY: /s/ John C. Ochoa
              One of her attorneys

David C. Parisi
dparisi@parisihavens.com
Suzanne Havens Beckman
shavens@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California  91403
(818) 990-1299 (phone)
(818) 501-7852 (facsimile)

Evan Meyers (Admitted *Pro Hac Vice*)
emeyers@edelson.com
John Ochoa (Admitted *Pro Hac Vice*)
jochoa@edelson.com
EDELSON MCGUIRE LLC
350 N. LaSalle Street, Suite 1300
Chicago, Illinois 60654
(312) 589-6370 (phone)
(312) 589-6378 (facsimile)

Michael J. McMorrow (Admitted *Pro Hac Vice*)
mjmcmorrow@smithmcmorrow.com
SMITH & MCMORROW P.C.
53 West Jackson Blvd., Suite 1018
Chicago, IL 60604
(312) 546-6139 (phone)
(888) 664-8172 (facsimile)

*Attorneys for Plaintiff Tracie Thomas*

## **CERTIFICATE OF SERVICE**

I, John C. Ochoa, an attorney, certify that on September 6, 2012, I served the above and foregoing **PLAINTIFF-APPELLANT TRACIE THOMAS' NOTICE UNDER F. R. A. P. 10(b)(1)(A),** by causing true and accurate copies of such paper to be filed and transmitted to the persons registered to receive such notice via the Court's CM/ECF electronic filing system.

/s/  John C. Ochoa